UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110(JWB/DTS) |
| This Document Relates To:<br>Direct Purchaser Plaintiff Actions | **DIRECT PURCHASER PLAINTIFFS' JOINT MOTION TO APPOINT INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' STEERING COMMITTEE, AND CONSOLIDATE THE RELATED DIRECT PURCHASER ACTIONS** |

Direct Purchaser Plaintiffs Northern Frozen Foods, Inc. d/b/a Northern Haserot, KPH Healthcare Services Inc., Redner's Markets, Inc., C.A. Curtze Co., and Wakefern Food Corp., (collectively "DPPs"), by and through their undersigned counsel, respectfully, and jointly, move this Court to enter an Order and appointing Interim Co-Lead Counsel and Plaintiffs' Steering Committee for the Proposed Direct Purchaser Plaintiff Class, and consolidating the related Direct Purchaser Actions.

This Motion is based on the pleadings, files and records herein, including DPPs' Memorandum of Law in Support of their Joint Motion to Appoint Interim Co-Lead Counsel and Plaintiffs' Steering Committee, and Consolidate the related Direct Purchaser Actions, declarations, exhibits, and supporting documents.

Dated:   July 3, 2024               Respectfully submitted,

*/s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Abou B. Amara, Jr. (#401146)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com

Michael Roberts (pro hac vice forthcoming)
Karen Halbert (pro hac vice forthcoming)
**THE ROBERTS LAW FIRM PC**
6834 Cantrell Rd, Suite 1131
Little Rock, AR 72207
Tel.: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us

*Counsel for Plaintiffs and Proposed Interim Co-Lead Counsel for the Direct Purchaser Class*

Joseph C. Kohn (pro hac vice forthcoming)
**KOHN SWIFT & GRAF**
1600 Market Street, Suite 2500
Philadelphia  Pennsylvania 19103
Phone: (215) 238-1700
Fax: (215) 238-1968
jkohn@kohnswift.com

Greg Asciolla (pro hac vice forthcoming)

2

**DICELLO LEVITT**
485 Lexington Ave, Suite 1001
New York, New York 10017
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com

Michael P. Lehmann (pro hac vice forthcoming)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Fransisco, California 94111
Telephone: (415) 633-1909
Facsimile: (415) 633-4980
mlehmann@hausfeld.com

Diane Nast (pro hac vice forthcoming)
**NAST LAW LLC**
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com

Adam Zapala (pro hac vice forthcoming)
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

Christopher V. Le (pro hac vice forthcoming)
**BOIES BATTIN LLP**
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
cle@boiesbattin.com

Linda P. Nussbaum (pro hac vice forthcoming)
**NUSSBAUM LAW GROUP, P.C.**
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
Telephone: (917) 438-9102

lnussbaum@nussbaumpc.com

***Counsel for Plaintiffs and Proposed Plaintiffs' Steering Committee Members for the Direct Purchaser Plaintiff Class***