<div align="center">

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

</div>

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110(JWB/DTS) |
| This Document Relates To:<br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

The undersigned counsel respectfully notifies this Court and all counsel of record that Abou B. Amara, Jr., shall appear as counsel of record for Plaintiff Northern Frozen Foods, Inc. in this matter.

Dated:   July 17, 2024              Respectfully submitted,

<div style="margin-left: 50%;">

*/s/ Abou B. Amara, Jr.*
Abou B. Amara, Jr. (#401146)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
aamara@gustafsongluek.com

</div>