# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation | **NOTICE OF APPEARANCE** |
| This Document Relates to: | MDL No. 24-03110 (JWB/DTS) |
| ALL ACTIONS | |

The undersigned attorney hereby notifies the Court and counsel that Amelia Rasmussen, shall appear as counsel of record for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc. in this case.

Dated: July 26, 2024

/s/ *Amelia Rasmussen*
Amelia Rasmussen (DC Bar # 1736085)
ALLEN OVERY SHEARMAN STERLING US LLP
1101 New York Ave NW, 11th Floor
Washington, DC 20005
Telephone: +1.202.683.3800
Facsimile: +1.202.683.3999
Memmi.Rasmussen@aoshearman.com

*Attorney for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.*