# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In Re: Granulated Sugar
Antitrust Litigation

**NOTICE OF APPEARANCE**

MDL No. 24-03110-JWB-DTS

This Document Relates to:

ALL ACTIONS

---

The undersigned attorney hereby notifies the Court and counsel that Anne T. Regan, of Hellmuth & Johnson PLLC, shall appear as counsel of record for Plaintiffs Western Axe, LLC d/b/a Mo's House of Axe, and Kedzie Boulevard Café, Inc. d/b/a Scofflaw, in this case.

Respectfully submitted,

**HELLMUTH & JOHNSON, PLLC**

Dated: August 19, 2024

*/s/ Anne T. Regan*
Anne T. Regan (MN #0333852)
8050 West 78th Street
Edina, MN 55439
(952) 941-4005
aregan@hjlawfirm.com

*Attorney for Western Axe, LLC d/b/a Mo's House of Axe, and Kedzie Boulevard, Inc. d/b/a Scofflaw*