# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110(JWB/DTS) |
| This Document Relates To: Indirect Purchaser Plaintiff Actions | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS OF COUNSEL BY BENJAMIN STEINBERG

Please be advised that through this submission, Benjamin Steinberg hereby gives notice that he has left the law firm of Robins Kaplan LLP and is now a member of the law firm Shinder Cantor Lerner LLP. His updated contact information is as follows:

> Benjamin Steinberg
> Shinder Cantor Lerner LLP
> 14 Penn Plaza, 19th Floor
> New York, NY 10122
> Telephone: (646) 960-8601
> Email: Benjamin@scl-llp.com

Respectfully Submitted,

> By: _/s/ Benjamin Steinberg_
> **Benjamin Steinberg**
> Shinder Cantor Lerner LLP
> 14 Penn Plaza, 19th Floor
> New York, NY 10122
> Telephone: (646) 960-8601
> benjamin@scl-llp.com