**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS) |
| This Document Relates To:<br><br>ALL ACTIONS | **JOINT PROPOSED AGENDA**<br>**FOR FEBRUARY 24, 2025**<br>**STATUS CONFERENCE** |

Pursuant to Pretrial Order No. 5 (ECF No. 265), Plaintiffs' Steering Committee and Defendants' Steering Committee (jointly, the "Parties") have conferred through their respective Liaison Counsel regarding a Joint Proposed Agenda for the Status Conference currently scheduled for February 24, 2025 at 1:00 p.m., and the Parties do not have any issues to bring to the Court's attention.

1

Dated:    February 14, 2025          Respectfully submitted,

*/s/ Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
JOSHUA J. RISSMAN (#0391500)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com

**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX  75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Appointed Interim Plaintiffs Steering Committee Members and Co-Leads for the Direct Purchaser Plaintiff Subgroup*

*/s/ Heidi M. Silton*
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)
ANTONIA M. KONKOLY (#0504377)

2

100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com

**FREED KANNER LONDON
& MILLEN LLC**
KIMBERLY A. JUSTICE
JONATHAN M. JAGHER
923 Fayette Street
Conshohocken, PA  19428
Telephone:  610/234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com

**FREED KANNER LONDON
& MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
MICHAEL E. MOSKOVITZ
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

*Appointed Interim Plaintiffs' Steering
Committee Member and Co-Lead Counsel for
the Commercial Indirect Purchaser Plaintiffs
Subgroup*

*/s/ Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

3

sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

**LOWEY DANNENBERG, P.C.**
PETER A. BARILE III
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
SITSO BEDIAKO (#0389073)
NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com

**FEGAN SCOTT LLC**
ELIZABETH A. FEGAN
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*

By: */s/ Lawrence E. Buterman*
Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP

4

10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
elyse.greenwald@lw.com

Matthew J. Piehl (#0395942)
David L. Johnson (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2154
Facsimile: (202) 637-2201
matthew.piehl@lw.com
david.johnson@lw.com

***Counsel for Defendant United Sugar
Producers & Refiners Cooperative, and
Defendants' Lead Counsel and Liaison
Counsel***

*/s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen
Benjamin E. Waldin
EIMER STAHL LLP
224 S Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7604
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

Isaac J. Weitzhandler
Eimer Stahl LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
408-889-1670
iweitzhandler@eimerstahl.com

Jessica J. Nelson (#0347358)
Luke J. Wolf (#0399986)
Spencer Fane LLP
100 South Fifth Street, Suite 2500

5

Minneapolis, MN 55402
612-268-7000
jnelson@spencerfane.com
lwolf@spencerfane.com

**Counsel for Defendant Michigan Sugar
Company, and Defendants' Steering
Committee Member**

*/s/ Djordje Petkoski*
Djordje Petkoski (*pro hac vice*)
Todd Stenerson (*pro hac vice*)
Amelia Rasmussen (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US
LLP
101 New York Ave NW
Washington, DC 20005
Telephone: (202) 683-3800
djordje.petkostki@aoshearman.com
todd.stenerson@aoshearman.com
memmi.rasmussen@aoshearman.com

Andre Hanson (#0258234)
ALLEN OVERY SHEARMAN STERLING US
LLP
300 W 6th Street
Austin, TX 78701
Telephone: +1.512.647.1900
andre.hanson@aoshearman.com

**Counsel for Defendants ASR Group
International, Inc., American Sugar Refining,
Inc., and Domino Foods, Inc., and Defendants'
Steering Committee Member**

*/s/ Christopher D. Plumlee*
Christopher D. Plumlee
Wendy Johnson
RMP LLP
5519 Hackett Street, Suite 300
Springdale, AR 72762
(479) 443-2705
cplumlee@rmp.law

wjohnson@rmp.law

***Counsel for Defendants Commodity
Information, Inc. and Richard Wistisen***