UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation<br><br>This Document Relates to:<br>ALL ACTIONS | MDL No. 24-3110 (JWB/DTS) |

### NOTICE OF APPEARANCE OF TIMOTHY G. CAMERON

The undersigned attorney hereby notifies the Court and counsel that Timothy G. Cameron shall appear as counsel of record for Defendant Louis Dreyfus Company LLC in this case. This appearance is made without waiver of any defenses. Please direct all pleadings and correspondence to the undersigned.

Dated: March 28, 2025

Respectfully submitted,

*/s/ Timothy G. Cameron*
Timothy G. Cameron (*pro hac vice*)
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
tcameron@cravath.com

*Counsel for Defendant*
*Louis Dreyfus Company LLC*