## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-MD-03110 (JWB/DTS) |
| This Document Relates To:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

The undersigned counsel respectfully notifies the Court and all counsel of record that ERIKA A. INWALD, shall appear as counsel of record for Plaintiff KPH HEALTHCARE SERVICES, INC. in this matter.

Dated: April 10, 2025

Respectfully submitted,

/s/ *Erika A. Inwald*
Erika A. Inwald (NY Bar #5964853)
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel.:   (646) 357-1100
Fax:   (212) 202-4322
einwald@hausfeld.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April, 2025, I caused the foregoing **NOTICE OF APPEARANCE** to be filed electronically with the Clerk of the Court by using CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

Dated: April 10, 2025                    Respectfully submitted,

/s/ *Erika A. Inwald*
Erika A. Inwald (NY Bar #5964853)