# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Case Number: MDL No. 24-3110 (JWB/DTS)

In Re: Granulated Sugar Antitrust Litigation

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

This Document Relates to:
ALL ACTIONS

Defendant Louis Dreyfus Company LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Defendant Louis Dreyfus Company LLC have a parent corporation and/or wholly owned subsidiary?

    **Yes**      ~~No~~

    If yes, the parent corporation and/or wholly owned subsidiaries are:

    Defendant Louis Dreyfus Company LLC, formerly known as Louis Dreyfus Commodities LLC, is wholly owned by Louis Dreyfus Company Holding Inc., formerly known as LDC Holding Inc.

    The following companies are wholly owned subsidiaries of Defendant Louis Dreyfus Company LLC:

    - Fambro LSA LLC
    - Louis Dreyfus Company Citrus Inc.
    - Louis Dreyfus Company Claypool Holdings LLC
    - Louis Dreyfus Company Coffee NA LLC
    - Louis Dreyfus Company Cotton LLC
    - Louis Dreyfus Company Cotton Storage LLC
    - Louis Dreyfus Company Electrical Services LLC
    - Louis Dreyfus Company G&O Asset Holdings LLC
    - Louis Dreyfus Company Grains Merchandising LLC
    - Louis Dreyfus Company Grand Junction LLC
    - Louis Dreyfus Company Juices NA LLC
    - Louis Dreyfus Company Ocean Freight LLC
    - Louis Dreyfus Company Plant Proteins LLC
    - Louis Dreyfus Company Services LLC
    - Louis Dreyfus Company Sugar Holdings LLC

- Louis Dreyfus Company Upper Sandusky LLC
- Louis Dreyfus Company Washington LLC
- Term Commodities Inc.
- Zephyr Green Coffee LLC

2. Is 10% or more of the stock of Louis Dreyfus Company LLC owned by a publicly held corporation?

~~Yes~~   **No**

If yes, identify all such owners: N/A

Date: April 25, 2025

s/ *Timothy G. Cameron*
Attorney Name: Timothy G. Cameron
Bar ID #: *Pro hac vice*
Law Firm: Cravath, Swaine & Moore LLP
Address: 375 Ninth Avenue, New York, NY 10001
Phone # (212) 474-1000
Email: tcameron@cravath.com
Attorney for Louis Dreyfus Company LLC