UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 24-md-03110 (JWB/DTS)<br><br>**DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' MASTER CONSOLIDATED AND SHORT FORM COMPLAINTS** |

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.1, Defendants United Sugar Producers & Refiners Cooperative, Michigan Sugar Company, ASR Group International, Inc., American Sugar Refining, Inc., Domino Foods, Inc., Commodity, Information, Inc., Richard Wistisen, Louis Dreyfus Company LLC, and United States Sugar Savannah Refinery, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby move to dismiss Plaintiffs' Master Consolidated Complaint (ECF No. 332) and Short Form Complaints (ECF Nos. 341, 342, and 343) in their entirety and with prejudice for failure to state a claim upon which relief may be granted. In support of this Motion, Defendants submit the accompanying Memorandum of Law and Declaration of Lawrence E. Buterman dated May 13, 2025.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant this Motion and dismiss Plaintiffs' Master Consolidated Complaint and Short Form Complaints in their entirety and with prejudice.

Date: May 13, 2025

By: */s/ Lawrence E. Buterman*
Lawrence E. Buterman (*pro hac vice*)
Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Elyse M. Greenwald (*pro hac vice*)
Latham & Watkins LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
elyse.greenwald@lw.com

Matthew J. Piehl (#0395942)
David L. Johnson (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
matthew.piehl@lw.com
david.johnson@lw.com
chris.brown@lw.com

**Counsel for Defendant United Sugar Producers & Refiners Cooperative, and Defendants' Lead Counsel and Liaison Counsel**

*/s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen
Benjamin E. Waldin
Eimer Stahl LLP
224 S Michigan Avenue, Suite 1100
Chicago, IL 60604

2

Telephone: (312) 660-7604
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

Isaac J. Weitzhandler
Eimer Stahl LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
408-889-1670
iweitzhandler@eimerstahl.com

Ariel K. Lierz (#397355)
Luke J. Wolf (#399986)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
alierz@spencerfane.com
lwolf@spencerfane.com

***Counsel for Defendant Michigan Sugar Company, and Defendants' Steering Committee Member***

*/s/ Djordje Petkoski*
Djordje Petkoski (*pro hac vice*)
Todd Stenerson (*pro hac vice*)
Amelia Rasmussen (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
101 New York Ave NW
Washington, DC 20005
Telephone: (202) 683-3800
djordje.petkostki@aoshearman.com
todd.stenerson@aoshearman.com
memmi.rasmussen@aoshearman.com

Andre Hanson (#0258234)
ALLEN OVERY SHEARMAN STERLING US LLP
300 W 6th Street

3

Austin, TX 78701
Telephone: +1.512.647.1900
andre.hanson@aoshearman.com

*Counsel for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc., and Defendants' Steering Committee Member*

<u>/s/ Christopher D. Plumlee</u>
Christopher D. Plumlee
Wendy Johnson
RMP LLP
5519 Hackett Street, Suite 300
Springdale, AR 72762
(479) 443-2705
cplumlee@rmp.law
wjohnson@rmp.law

*Counsel for Defendants Commodity Information, Inc. and Richard Wistisen, and Defendants' Steering Committee Member*

<u>/s/ Timothy G. Cameron</u>
Timothy G. Cameron
Michael P. Addis
Jesse M. Weiss
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
tcameron@cravath.com
maddis@cravath.com
jweiss@cravath.com

Tara C. Norgard (MN #0307683)
CARLSON CASPERS VANDENBURGH & LINDQUIST, PA
225 So. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone:  (612) 436-9600
Facsimile:  (612) 436-9605

4

tnorgard@carlsoncaspers.com

***Counsel for Defendant Louis Dreyfus Company LLC, and Defendants' Steering Committee Member***

*/s/ David C. Kully*
David C. Kully
HOLLAND & KNIGHT LLP
800 17th St., NW; Suite 1100
Washington, DC 20006
Phone: 202-469-5415
Fax: 202-955-5564
david.kully@hklaw.com

Caitlin F. Saladrigas, Esq
HOLLAND & KNIGHT LLP
777 S. Flagler Drive
Suite 1900, West Tower
West Palm Beach, FL 33401
Tel: 561-833-2000
Fax: 561-650-8399
Email: caitlin.saladrigas@hklaw.com

***Counsel for United States Sugar Savannah Refinery, LLC, and Defendants' Steering Committee Member***