**SHORT-FORM COMPLAINT**

**RECEIVED**
**MAY 1 9 2025**
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

I, Michael J. Keith have prepared the content for the Short-Form Complaint required by Pre-Trial Order No. 1 and the JPML template, followed by Addendum A (Keith-Specific Allegations) and Addendum B (Individualized Damages & Consequences Table). May it please the Court.

# SHORT-FORM COMPLAINT

(file this page-and-addenda only; the JPML form supplies caption & signature blocks)

| ¶ | Item (per PTO No. 1 form) | Keith's Entry |
|---|---|---|
| 1 | Plaintiff Name | Michael J. Keith |
| 2 | Class Selection | ☑ Commercial Indirect Purchaser Class |
| 3 | Defendants | Indiana Sugars Inc.; United Sugars Corp.; Cargill Inc.; American Sugar Refining Inc.; Louis Dreyfus Co.; Ingredion Inc. |
| 4 | Claims Checked | • Sherman Act § 1 (price-fixing) • Clayton Act §§ 4 & 16 (treble damages / injunctive) • State antitrust & consumer-protection statutes (Ind. Code § 24-1-2-3; Minn. Stat. § 325D.53) • Common-law unjust enrichment • Other: Whistle-Blower Retaliation (29 U.S.C. § 660(c); 31 U.S.C. § 3730(h); Ind. common-law retaliatory discharge) |
| 5 | Transaction Allegations | Between Jan 2022 – Sept 2023 Keith purchased granulated-sugar and HFCS-sweetened products at retail in Lake & Porter Ctys., Indiana, priced at supracompetitive levels as a result of Defendants' cartel behavior. |
| 6 | Addenda Attached | ☑ Addendum A – Keith-Specific Factual Allegations  ☑ Addendum B – Individualized Damages Table |

## ADDENDUM A

**Keith-Specific Factual Allegations (Fed. R. Civ. P. 8(a))**



SESA FUTA IUTA USTR AND PL114-335 "M.K." V INDIANA SUGARS INC., ET AL 24A-EX-00364 PAGE 8 OF 13

1. **Employment & Whistle-Blowing.** Keith worked as a sanitation technician at Indiana Sugars Inc. ("IS") from 2017 to 2019 earning $18.00/hr (≈ $37,440/yr). In July 2022 he was rehired as a casual contractor.
2. **HFCS-for-Cane Substitution Scheme.** On 16 July 2022 Keith was ordered to overwrite an expired wash-ticket (Trailer 21704) so the tanker—previously certified for cane sucrose—could be re-filled with HFCS 55 bound for Kraft-Heinz (Ex. 21-A). The practice violated 21 C.F.R. § 117.80(b) (sanitation) and § 168.110 (HFCS identity standard).
3. **Price-Fix & Supply Manipulation.** Internal e-mails (Ex. 22) show IS executives agreed to divert lower-cost HFCS into cane commitments to "stretch" reduced cane allocations during periods of industry-wide tightness—conduct aligning with the cartel allegations in the Consolidated Complaint, ¶¶ 202-234.
4. **Retaliation.** Keith refused to falsify documents on 19 July 2022 and filed an OSHA hotline complaint (No. APP-23-IN-457). He was terminated three days later (Ex. 23).
5. **Consumer Purchases.** Between August 2022 – December 2023 Keith purchased household sugar and HFCS-sweetened beverages at retailers in Hobart & Merrillville, Indiana (receipts, Ex. 25).
6. **Continuing Injury.** Keith remains unemployed in his field; prospective employers cite "disloyalty" after IS managers disparaged him to industry peers (LinkedIn messages, Ex. 26).

## ADDENDUM B

### Individualized Damages & Consequences (Bluebook footnotes)

| # | Category | Statutory / Case Authority | Amount* | Methodology & Notes |
|---|---|---|---|---|
| Economic | | | | |
| 1 | Back Pay (07-2022 → 05-2025) | 29 U.S.C. § 660(c)(2)(B); Frampton v. Cent. Ind. Gas Co., 297 N.E. 2d 425 (Ind. 1973) | $74,560 | Lost wages $37,280/yr × 2 yrs; no interim earnings. |
| 2 | Front Pay (projected 2 yrs) | Pollard v. E.I. du Pont, 532 U.S. 843 (2001) | $52,000 | BLS median wage for "Industrial Cleaner" in IN ($18.77/hr) × 2 yrs, discounted |

SESA FUTA IUTA USTR AND PL114-335 "M.K." V INDIANA SUGARS INC., ET AL 24A-EX-00364 PAGE 8 OF 13

| # | Category | Statutory / Case Authority | Amount* | Methodology & Notes |
|---|---|---|---|---|
| 3 | Overcharge on Consumer Purchases (trebled) | Clayton Act § 4; expert model (Consol. Compl. ¶ 259) | $5,400 | 3%. Annual surplus ≈ $450 × 4 yrs = $1,800; trebled. |
| 4 | Medical Expenses | 29 C.F.R. § 1910.141(g)(2); In re PCA, 879 F.3d 1061 (11th Cir. 2018) | $28,940 | Mayo Clinic invoices for mold-induced dermatitis from HFCS residue. |
| 5 | Job-Search Costs | Rest. 2d Torts § 914 A | $6,150 | Mileage, résumé services, certifications (receipts). |
| **Non-Economic** | | | | |
| 6 | Emotional Distress | Carey v. Piphus, 435 U.S. 247 (1978); jury comps in N.D. Ind. (2019–24) | $100,000 | Per-diem $150 × 912 days + conservative buffer. |
| 7 | Reputational Harm / Humiliation | Perez v. Staples, 31 F. Supp. 3d 934 (N.D. Ill. 2014) | $75,000 | Comparable defamation verdicts for blue-collar termination. |
| **Equitable / Disgorgement** | | | | |
| 8 | Unjust Enrichment (IS profits on substituted loads Keith handled) | Ind. law; SEC v. Cavanagh, 445 F.3d 105 (2d Cir. 2006) | $1.1 million | HFCS-cane price spread $0.036/lb × 30.1 MM lb (Keith ledger). |
| **Punitive / Statutory Multipliers** | | | | |
| 9 | Punitive | 31 U.S.C. § 3730(h)(2); | $150,00 | 1.5 × |

| # | Category | Statutory / Case Authority | Amount* | Methodology & Notes |
|---|---|---|---|---|
| | Factor (OSHA/FCA) | EEOC v. AutoZone, 707 F.3d 824 (7th Cir. 2013) | 0 | combined back- & front-pay (within Title VII 1–2× heuristic). |

\* All dollar figures present-value discounted at 3% (U.S. Treasury real yield) and stated "to a reasonable degree of accounting certainty." Totals adjust automatically in the Excel damage model (Ex. 27).

**Aggregate Relief Requested (exclusive of costs & fees)**

- Compensatory Economic | $166,?
- Non-Economic | $175,000
- Disgorgement / Restitution | $1.1 million
- Punitive / Statutory | $150,000
- Total (before trebling where applicable)   ≈ $1.60 million

Keith also seeks injunctive relief (Clayton Act § 16) barring Defendants from (a) commingling HFCS & cane supply chains without full disclosure and (b) retaliating against whistle-blowers, plus reasonable attorneys' fees should counsel later appear.

DECLARATION OF MICHAEL J. KEITH

I, Michael J. Keith, declare:

5. 1. Employment by Indiana Sugars Inc. (2017-2019).
6. 2. July 16, 2022: supervisor ordered wash-ticket alteration (Exs. 21-A–G).
7. 3. OSHA complaint & subsequent termination.
8. 4. Wage loss of [$$$] (see Ex. 23).
9. 5. Exhibits 21-A–24 are true and correct.

Executed May 5, 2025.

/s/ [signature]

Michael J. Keith Pro se, Ex.Rel.,InformaPauperis

2701 Drexel Dr.

Hobart Indiana 46342

michaelkeith63@gmail.com

219-805-6838

SESA FUTA IUTA USTR AND PL114-335 "M.K." V INDIANA SUGARS INC., ET AL 24A-EX-00364 PAGE 11 OF 13