## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS) |
| This Document Relates To: ALL ACTIONS | **JOINT PERIODIC STATUS REPORT** |

Pursuant to Pretrial Order No. 4, ECF No. 256, the Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC") hereby submit this July 15, 2025, Joint Periodic Status Report.

## I.   Case Management

Since submitting the last Joint Periodic Status Report on April 15, 2025 (ECF No. 363), the parties have continued diligently moving this action forward.

On April 25, 2025, the PSC and DSC filed a Joint Stipulation to Amend Pretrial Order No. 4, Regarding Appointments to Defendants' Steering Committee (together with Proposed Order) to remove counsel for Cargill, Inc., which is no longer named as a Defendant in the case, from the DSC and add counsel for Defendants (1) Commodity Information, Inc. and Richard Wistisen; (2) Louis Dreyfus Company LLC; and (3) United States Sugar Savannah Refinery, LLC to the DSC. ECF No. 367. On April 28, 2025, the Court entered an order effectuating the changes to the DSC. ECF No. 371.

On May 20, 2025, the Court notified the parties that it had received a submission from a *pro se* individual, Mr. Michael J. Keith, and that it had construed Mr. Keith's submission as a motion for leave to intervene in this Action. The Court directed the parties

to notify the Court of their positions on Mr. Keith's request. On June 16, 2025, the parties advised the Court that they jointly opposed Mr. Keith's intervention request. *See* ECF No. 409.

The Court then directed Plaintiffs' counsel to provide "a copy of their Joint Proposed Agenda (Doc. No. 409) as well as a copy of this Text Order to Mr. Keith immediately upon receipt" and ordered that Mr. Keith provide a response to the parties' opposition on or before July 1, 2025. *See* ECF No. 412. Immediately upon receipt, the PSC sent those documents to Mr. Keith via email and certified mail to the email and physical addresses Mr. Keith provided on his submissions to the Court. Plaintiffs' counsel were notified that the hard copies were physically delivered on June 23, 2025.

To Plaintiffs' counsels' knowledge, Mr. Keith did not provide any response on or before July 1, 2025.

## II.   <u>Motion Practice</u>

On May 13, 2025, Defendants filed their joint and individual motions to dismiss Plaintiffs' master consolidated and short-form complaints. ECF Nos. 379, 385, 390, 396. On June 12, 2025, Plaintiffs timely filed their oppositions to Defendants' motions. ECF Nos. 403, 404, 406, 408.

On June 24, 2025, the U.S. Department of Justice ("DOJ") filed a Statement of Interest of the United States of America ("Statement of Interest"). ECF No. 415.

On June 25, 2025, Defendants requested an extension to July 11, 2025, to file their joint and individual reply briefs in support of their motions to dismiss, in light of the filing of DOJ's Statement of Interest, and requested an additional 4,600 words for their joint reply

to address the Statement of Interest. *See* ECF No. 417. The Court granted in part and denied in part Defendants' request, providing Defendants until July 11, 2025, to file their joint and individual reply briefs and 3,000 additional words for their joint reply brief to respond to the Statement of Interest. The Court also granted Plaintiffs a surreply of up to 3,000 words to respond only to Defendants' response to the Statement of Interest. *See* ECF No. 419.

On July 11, 2025, Defendants filed their joint and individual reply briefs in support of their motions to dismiss, and Plaintiffs intend to file their surreply on or before July 25, 2025.

## III.    Discovery

On March 28, 2025, the PSC served the DSC with Plaintiffs' First Set of Requests for Production directed to all Defendants. On June 12, 2025, each Defendant timely served their respective responses and objections. Plaintiffs then contacted Defendants to schedule meet-and-confers regarding the responses and objections.

Further, the PSC and DSC remain in discussions concerning whether and how to modify the number of interrogatories allowed under Federal Rule of Civil Procedure 33, which was not addressed in the August 6, 2024, Joint Proposed Case Management Order. *See* ECF No. 29.

Consumer and Commercial Plaintiffs are in the process of pursuing third party discovery, having served via the PSC subpoenas on leading retailers, distributors, and other entities for relevant data and documents concerning sales and purchases of Granulated Sugar.

IV.    **Settlement Discussions to Date**

There have been no settlement discussions to date.

Dated: July 15, 2025                          Respectfully submitted,

*/s/ Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
JOSHUA J. RISSMAN (#0391500)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com

**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX  75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

***Appointed Interim Plaintiffs Steering
Committee Members and Co-Leads for the
Direct Purchaser Plaintiff Subgroup***

*/s/ Heidi M. Silton*
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)
ANTONIA M. KONKOLY (#0504377)
MICHAEL J.K.M. KINANE (#0504621)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com
mjkmkinane@locklaw.com

**FREED KANNER LONDON
& MILLEN LLC**
KIMBERLY A. JUSTICE
923 Fayette Street
Conshohocken, PA  19428
Telephone:  610/234-6486
kjustice@fklmlaw.com

**FREED KANNER LONDON
& MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
ROBERT J. WOZNIAK, JR.
SAMANTHA GUPTA
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
sgupta@fklmlaw.com

***Appointed Interim Plaintiffs' Steering
Committee Member and Co-Lead Counsel for
the Commercial Indirect Purchaser Plaintiffs
Subgroup***

5

*/s/ Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

**LOWEY DANNENBERG, P.C.**
PETER A. BARILE III
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
SITSO BEDIAKO (#0389073)
NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com

**FEGAN SCOTT LLC**
ELIZABETH A. FEGAN
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*

6

Dated: July 15, 2025

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

***Counsel for Defendant United Sugar
Producers & Refiners Cooperative, and
Defendants' Lead Counsel and Liaison
Counsel***

*/s/ Djordje Petkoski*
Djordje Petkoski
**ALLEN OVERY SHEARMAN STERLING
US LLP**
1101 New York Ave NW
Washington, DC 20005
Telephone: +1.202.508.8000
Facsimile: +1.202.508.8100
djordje.petkoski@aoshearman.com

***Counsel for Defendants ASR Group
International, Inc, American Sugar Refining,
Inc., and Domino Foods, Inc., and
Defendants' Steering Committee Member***

*/s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen
**EIMER STAHL LLP**
224 S Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7604
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com

***Counsel for Defendant Michigan Sugar
Company, and Defendants' Steering
Committee Member***

/s/ Christopher D. Plumlee
Christopher D. Plumlee (AR Bar #96154)
Wendy L. Johnson (AR Bar #94067)
**RMP LLP**
5519 Hackett Street, Suite 300
Springdale, AR 72762
Telephone:  (479) 443-2705
Facsimile:  (479) 443-2718
cplumlee@rmp.law
wjohnson@rmp.law

***Counsel for Defendants Richard Wistisen &
Commodity Information, Inc. and Defendants'
Steering Committee Member***


/s/ Timothy G. Cameron
Timothy G. Cameron
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
tcameron@cravath.com

***Counsel for Defendant Louis Dreyfus
Company LLC, and Defendants' Steering
Committee Member***


/s/ David C. Kully
David C. Kully
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Telephone:  (202) 469-5415
Facsimile:  (202) 955-5564
david.kully@hklaw.com

***Counsel for Defendant United States Sugar
Savannah Refinery, LLC, and Defendants'
Steering Committee Member***