# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-MD-03110 (JWB/DTS) **NOTICE OF APPEARANCE** |
| This Document Relates To: ALL ACTIONS | |

The undersigned counsel respectfully notifies the Court and all counsel of record that Travis H. A. Smith shall appear as counsel of record for Plaintiff Piala LLC in this matter.

Dated: August 8, 2025                    Respectfully submitted,

   */s/ Travis H. A. Smith*
Travis H. A. Smith (CA Bar # 331305)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Tel: (415) 671-4628
tsmith@grosskleinlaw.com