UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 24-3110 (JWB/DTS)<br><br>LOCAL RULE 7.1(a)(1) MEET AND CONFER STATEMENT |

Pursuant to Local Rule 7.1(a), the United States of America certifies that counsel for the United States notified counsel for both Plaintiffs and Defendants by email on August 4, 2025, of its intent to file a motion for leave to participate at oral argument. Plaintiffs informed the government that they do not oppose the government's participation at oral argument. Defendants stated their position as follows: While Defendants do not believe the Department of Justice's participation in oral arguments on the motions to dismiss is necessary, Defendants ultimately do not take a position on the DOJ's application and defer to the Court.

August 12, 2025                                      Respectfully submitted,

                                                      /s/ Peter M. Bozzo

                                                     PETER M. BOZZO
                                                     *Attorney*

                                                     *United States Department of Justice*
                                                     *Antitrust Division*
                                                     950 Pennsylvania Avenue, NW
                                                     Washington, DC  20530-0001
                                                     (202) 803-1196 (phone)
                                                     peter.bozzo@usdoj.gov