UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 24-3110 (JWB/DTS)<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE AT ORAL ARGUMENT** |

This matter comes before the Court on the Motion of the United States of America for Leave to Participate at Oral Argument (Doc. 431).

Based upon all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion is **GRANTED.**

**IT IS SO ORDERED.**


Date: _____        _____
The Honorable Jerry W. Blackwell
United States District Judge