## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No. 24-md-03110 (JWB/DTS)<br><br>**DEFENDANTS' RESPONSE TO THE MOTION OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE AT ORAL ARGUMENT** |

Defendants submit this brief response to the Department of Justice's ("DOJ") Motion for Leave to Participate at Oral Argument, Dkt. No. 431, the content of which the DOJ did not share with Defendants before filing. When the DOJ asked for Defendants' position on its motion to participate in oral argument, it did not alert Defendants to its intent to use what should have been a simple procedural request as a vehicle to present argument on contested issues.

DOJ's motion illustrates why its participation in the motion to dismiss hearing is unnecessary to these proceedings and a distraction. The DOJ has already used its written statement of interest to set forth its positions and now, by its own admission, the DOJ seeks to participate in argument in these cases to advance its arguments in other cases in other courts. *See* Dkt. No. 431 at 2 ("The United States has an interest in the legal framework applicable to Plaintiffs' information-exchange claim because the government has pending challenges to information exchanges facilitated by intermediaries."). Defendants do not

-1-

believe it is appropriate for a non-party litigant, including the DOJ, to use this litigation, and the Court's and the parties' time and resources, in an attempt to advance its separate litigation posture in other cases, pending in other courts.

Separately, despite the DOJ's contention, *see id.* at 1, nowhere in Defendants' motions to dismiss do Defendants argue that there is a "heightened pleading standard" for "information exchanges conducted through intermediaries."  And while Defendants disagree with the DOJ's characterizations of its unsuccessful attempt to block U.S. Sugar Corporation's acquisition of Imperial Sugar in the *U.S. v. U.S. Sugar* litigation before Judge Noreika (as well as the DOJ's description of the Third Circuit's ruling, which upheld the district court's decision), the actions of those courts are a matter of public record, and this Court does not need third-party argument to aid in their interpretation.  In any event, the DOJ has already set forth its positions in writing, and the parties in this case have addressed in their motion to dismiss briefing all of the issues the DOJ addresses in its Statement of Interest and Motion for Leave to Participate at Oral Argument.  The DOJ's participation at oral argument would thus be redundant and is unnecessary to resolve Defendants' motions.

Ultimately, should the Court decide in its discretion to permit counsel for the DOJ to participate in oral argument, Defendants will be prepared to address the points raised in the DOJ's submissions.

Dated: August 13, 2025

Respectfully submitted,

By: */s/ Lawrence E. Buterman*
Lawrence E. Buterman (*pro hac vice*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York, 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Elyse M. Greenwald (*pro hac vice*)
LATHAM & WATKINS LLP
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
elyse.greenwald@lw.com

Matthew J. Piehl (#0395942)
David L. Johnson (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2154
Facsimile: (202) 637-2201
matthew.piehl@lw.com
david.johnson@lw.com
chris.brown@lw.com

***Counsel for Defendant United Sugar Producers & Refiners Cooperative, and Defendants' Lead Counsel and Liaison Counsel***

*/s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen
Benjamin E. Waldin
EIMER STAHL LLP
224 S Michigan Avenue, Suite 1100

Chicago, IL 60604
Telephone: (312) 660-7604
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com
bwaldin@eimerstahl.com

Isaac J. Weitzhandler
Eimer Stahl LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
408-889-1670
iweitzhandler@eimerstahl.com

Ariel K. Lierz (#397355)
Luke J. Wolf (#399986)
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
alierz@spencerfane.com
lwolf@spencerfane.com

*Counsel for Defendant Michigan Sugar Company, and Defendants' Steering Committee Member*

*/s/ Djordje Petkoski*
Djordje Petkoski (*pro hac vice*)
Todd Stenerson (*pro hac vice*)
Amelia Rasmussen (*pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
101 New York Ave NW
Washington, DC 20005
Telephone: (202) 683-3800
djordje.petkoski@aoshearman.com
todd.stenerson@aoshearman.com
memmi.rasmussen@aoshearman.com

Andre Hanson (#0258234)

-4-

ALLEN OVERY SHEARMAN STERLING US LLP
300 W 6th Street
Austin, TX 78701
Telephone: +1.512.647.1900
andre.hanson@aoshearman.com

*Counsel for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc., and Defendants' Steering Committee Member*

*/s/ Christopher D. Plumlee*
Christopher D. Plumlee
Wendy Johnson
RMP LLP
5519 Hackett Street, Suite 300
Springdale, AR 72762
(479) 443-2705
cplumlee@rmp.law
wjohnson@rmp.law

*Counsel for Defendants Commodity Information, Inc. and Richard Wistisen, and Defendants' Steering Committee Member*

*/s/ Timothy G. Cameron*
Timothy G. Cameron
Michael P. Addis
Jesse M. Weiss
CRAVATH, SWAINE & MOORE LLP
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
tcameron@cravath.com
maddis@cravath.com
jweiss@cravath.com

Tara C. Norgard (#0307683)
CARLSON CASPERS VANDENBURGH &

LINDQUIST, PA
225 So. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone:  (612) 436-9600
Facsimile:  (612) 436-9605
tnorgard@carlsoncaspers.com

***Counsel for Defendant Louis Dreyfus Company LLC, and Defendants' Steering Committee Member***

<u>/s/ David C. Kully</u>
David C. Kully
HOLLAND & KNIGHT LLP
800 17th St., NW; Suite 1100
Washington, DC 20006
Phone: 202-469-5415
Fax: 202-955-5564
david.kully@hklaw.com

Caitlin F. Saladrigas, Esq
HOLLAND & KNIGHT LLP
777 S. Flagler Drive
Suite 1900, West Tower
West Palm Beach, FL 33401
Tel: 561-833-2000
Fax: 561-650-8399
Email: caitlin.saladrigas@hklaw.com

***Counsel for United States Sugar Savannah Refinery, LLC, and Defendants' Steering Committee Member***