UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-3110 (JWB/DTS) |
| This Document Relates To:<br><br>All Actions | **PLAINTIFFS' COUNSEL'S APPLICATIONS FOR LEADERSHIP REAPPOINTMENT, PURSUANT TO PRETRIAL ORDER NOS. 4 AND 5** |

Pursuant to Pretrial Order Nos. 4 (ECF No. 256) and 5 (ECF No. 265), Plaintiffs' counsel timely submit their applications for reappointment to the Plaintiffs' Steering Committee ("PSC") and for reappointment as Co-Lead Counsel for each respective Plaintiffs' Subgroup.[1]

Since being appointed to leadership last year, Plaintiffs' counsel have worked collaboratively, efficiently, and in the best interest of the classes. Among other things, Plaintiffs' counsel prepared Plaintiffs' Master Consolidated Complaint (ECF No. 332) and three respective Short-Form Consolidated Complaints, drafted oppositions to Defendants' four motions to dismiss (ECF Nos. 403, 404, 406, and 408), responded to Defendants' criticisms of the Department of Justice's Statement of Interest (ECF No. 429), served written discovery (including third-party discovery), and negotiated the protective order and ESI protocol entered by the Court (ECF Nos. 344 and 345). The appointed group of

---

[1] Each individual's/firm's application is attached as an exhibit to this submission for the Court's ease.

1

Plaintiffs' counsel are fully prepared and committed to continuing to meet the needs of the case, vigorously prosecute this action, and represent the best interests of the classes.

Accordingly, through their individual and/or firm applications, as listed in the chart below and attached hereto as Exhibits 1-11, Plaintiffs' counsel respectfully request renewal of their appointments to the PSC and renewal of appointments as Co-Lead Counsel to each Plaintiff Subgroup.

| Exhibit No. | Description |
|---|---|
| **Plaintiffs' Steering Committee & Plaintiff Subgroup Renewal Applications** ||
| 1 | Application of Daniel E. Gustafson & Gustafson Gluek PLLC |
| 2 | Application of Michael Roberts & Roberts Law Firm P.C. |
| 3 | Application of Stacey Slaughter & Robins Kaplan LLP |
| 4 | Application of Peter Barile, III & Lowey Dannenberg P.C. |
| 5 | Application of Elizabeth Fegan & Fegan Scott LLC |
| 6 | Application of Heidi Silton & Lockridge Grindal Nauen PLLP |
| 7 | Application of Kimberly Justice & Freed Kanner London & Millen LLC |
| 8 | Application of Tostrud Law Group |
| 9 | Application of Zimmerman Reed, LLP |
| 10 | Application of Larson King, LLP |
| 11 | Application of Cuneo Gilbert & LaDuca, LLP |

Dated: August 14, 2025                    Respectfully submitted,

*/s/ Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
JOSHUA J. RISSMAN (#0391500)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)

Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com


*/s/ Michael L. Roberts*
**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX  75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Appointed Interim Plaintiffs Steering Committee Members and Co-Leads for the Direct Purchaser Plaintiff Subgroup*

/s/ Heidi M. Silton
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)
MICHAEL J.K.M. KINANE (#0504621)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
mjkmkinane@locklaw.com

/s/ Kimberly A. Justice
**FREED KANNER LONDON & MILLEN LLC**
KIMBERLY A. JUSTICE
923 Fayette Street
Conshohocken, PA  19428
Telephone: (484) 243-6335
kjustice@fklmlaw.com

**FREED KANNER LONDON & MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
ROBERT J. WOZNIAK
SAMANTHA M. GUPTA
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
sgupta@fklmlaw.com

*Appointed Interim Plaintiffs' Steering Committee Member and Co-Lead Counsel for the Commercial Indirect Purchaser Plaintiffs Subgroup*

4

*/s/ Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

**ROBINS KAPLAN LLP**
ELLEN G. JALKUT
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Telephone: 212-980-7400
Facsimile: 212-980-7499
ejalkut@robinskaplan.com


*/s/ Elizabeth A. Fegan*
**FEGAN SCOTT LLC**
ELIZABETH A. FEGAN
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

**FEGAN SCOTT LLC**
Kyle A. Jacobsen
709 N 2nd St., Suite 400 #1280
Philadelphia, PA 19123
Telephone: (484) 352-2318
Fax: (312) 264-0100
kyle@feganscott.com

*/s/ Peter A. Barile III*
**LOWEY DANNENBERG, P.C.**
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
PETER A. BARILE III
SITSO BEDIAKO (#0389073)

5

NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
pstphillip@lowey.com
pbarile@lowey.com
sbediako@lowey.com
nveno@lowey.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*