UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS) |
| This Document Relates To: ALL ACTIONS | JOINT PROPOSED AGENDA FOR AUGUST 25, 2025, STATUS CONFERENCE |

Pursuant to Pretrial Order No. 4 (Doc. 256) ("PTO No. 4"), the Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC") (jointly, the "Parties") hereby submit this Joint Proposed Agenda for the scheduled Status Conference, set before Judge Blackwell, in Courtroom 7A, at the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert Street, St. Paul, MN on August 25, 2025, at 9:00 A.M.

## AGENDA ITEMS

**I.    Proposed Agenda Items for August 25, 2025, Status Conference**

The Parties do not have any issues that require the Court's attention at this time. The DSC further states that Defendants' Lead and Liaison Counsel, Lawrence Buterman of Latham & Watkins LLP, is unavailable on August 25, 2025, due to a conflicting court proceeding in another matter. Mr. Buterman will file a motion to excuse his appearance at the August 25, 2025, Conference should the Court wish to proceed with the Status Conference.

**II.   Guidance on Format for September 29, 2025, Oral Argument on Defendants' Motions to Dismiss**

Although the Parties have no issues requiring the Court's attention at the August 25,

1

2025, status conference, the Parties respectfully request guidance from the Court on how it intends to structure and/or format the September 29, 2025, oral argument on Defendants' Motions to Dismiss. Any guidance on time allocation, order of argument, or any other guidance the Court finds instructive would greatly assist the Parties in preparation for oral argument.

Dated:   August 18, 2025                    Respectfully submitted,

*/s/ Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
JOSHUA J. RISSMAN (#0391500)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com

**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX  75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Appointed Interim Plaintiffs Steering Committee Members and Co-Leads for the Direct Purchaser Plaintiff Subgroup*

*/s/ Heidi M. Silton*
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)
ANTONIA M. KONKOLY (#0504377)
MICHAEL J.K.M. KINANE (#0504621)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com
mjkmkinane@locklaw.com


*/s/ Kimberly A. Justice*
**FREED KANNER LONDON & MILLEN LLC**
KIMBERLY A. JUSTICE
JONATHAN M. JAGHER
923 Fayette Street
Conshohocken, PA  19428
Telephone:  610/234-6486
kjustice@fklmlaw.com
jjagher@fklmlaw.com


**FREED KANNER LONDON & MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
ROBERT J. WOZNIAK
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone: (224) 632-4500
mruan@fklmlaw.com

3

dmillen@fklmlaw.com
rwozniak@fklmlaw.com

*Appointed Interim Plaintiffs' Steering Committee Member and Co-Lead Counsel for the Commercial Indirect Purchaser Plaintiffs Subgroup*


*/s/ Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

*/s/ Peter A. Barile III*
**LOWEY DANNENBERG, P.C.**
PETER A. BARILE III
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
SITSO BEDIAKO (#0389073)
NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com

*/s/ Elizabeth A. Fegan*
**FEGAN SCOTT LLC**
ELIZABETH A. FEGAN
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019

Fax: (312) 264-0100
beth@feganscott.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*

Dated: August 18, 2025

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

*Counsel for Defendant United Sugar Producers & Refiners Cooperative, and Defendants' Lead Counsel and Liaison Counsel*

*/s/ Djordje Petkoski*
Djordje Petkoski
**ALLEN OVERY SHEARMAN STERLING US LLP**
1101 New York Ave NW
Washington, DC 20005
Telephone: +1.202.508.8000
Facsimile: +1.202.508.8100
djordje.petkoski@aoshearman.com

*Counsel for Defendants ASR Group International, Inc, American Sugar Refining, Inc., and Domino Foods, Inc., and Defendants' Steering Committee Member*

5

*/s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen
**EIMER STAHL LLP**
224 S Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7604
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com

*Counsel for Defendant Michigan Sugar Company, and Defendants' Steering Committee Member*


*/s/ Christopher D. Plumlee*
Christopher D. Plumlee (AR Bar #96154)
Wendy L. Johnson (AR Bar #94067)
**RMP LLP**
5519 Hackett Street, Suite 300
Springdale, AR 72762
Phone:(479) 443-2705
Fax:(479) 443-2718
cplumlee@rmp.law
wjohnson@rmp.law

*Counsel for Defendants Richard Wistisen & Commodity Information, Inc., and Defendants' Steering Committee Member*


*/s/ Timothy G. Cameron*
Timothy G. Cameron
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
tcameron@cravath.com

*Counsel for Defendant Louis Dreyfus Company LLC, and Defendants' Steering Committee Member*

*/s/ David C. Kully*
David C. Kully
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Telephone:  (202) 469-5415
Facsimile:  (202) 955-5564
david.kully@hklaw.com

*Counsel for Defendant United States Sugar Savannah Refinery, LLC, and Defendants' Steering Committee Member*