## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar<br>Antitrust Litigation | MDL No. 24-3110 (JWB/DTS)<br><br>**ORDER GRANTING MOTION OF THE UNITED STATES OF AMERICA FOR LEAVE TO PARTICIPATE AT ORAL ARGUMENT** |

This matter is before the Court on the Motion of the United States of America for Leave to Participate at Oral Argument. (Doc. No. 431.)

Based upon all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion (Doc. No. 431) is **GRANTED.**

Date: August 20, 2025

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge