UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation | MDL No. 24-3110 (JWB/DTS)<br><br>**ORDER ON FORMAT FOR SEPTEMBER 29, 2025 ORAL ARGUMENT** |

The parties have requested guidance on how the Court intends to structure the September 29, 2025 oral argument on Defendants' Motions to Dismiss. The following outline provides the order of argument and time allocation that the Court intends to follow.

Following the oral argument, the Court will hold a status conference with the attorneys. Only attorneys who are planning to speak at the motion hearing or September status conference are required to attend on September 29, 2025.

## OUTLINE

1. 20 min = Argument by Defendants on their Joint Motion to Dismiss
2. 5 min = Argument by Defendant Michigan Sugar on its Motion to Dismiss
3. 5 min = Argument by Defendant Louis Dryfus on its Motion to Dismiss
4. 5 min = Argument by Defendant U.S. Sugar Savannah on its Motion to Dismiss
5. 5 min = Argument by USA regarding its Statement of Interest
6. 35 min = Argument by Plaintiffs in response to each of the above
   *(Plaintiffs' attorneys may divide this time between attorneys if needed)
7. 8 min = Rebuttal argument by Defendants re: Joint Motion or in response to USA
8. 2 min = Rebuttal argument by Defendant Michigan Sugar

9. 2 min = Rebuttal argument by Defendant Louis Dryfus

10. 2 min = Rebuttal argument by Defendant U.S. Sugar Savannah

11. 10 min = Plaintiffs final word

12. 2 min = Defendants final word

Date: August 20, 2025                         *s/ Jerry W. Blackwell*\_
                                              JERRY W. BLACKWELL
                                              United States District Judge