UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110(JWB/DTS) |
| This Document Relates To: ALL ACTIONS | [PROPOSED] ORDER |

Pursuant to Pretrial Order Nos. 4 (ECF No. 256) and 5 (ECF No. 265), the Court's Order Amending Pretrial Order No. 4 (ECF No. 371), and the application submitted by Defendants for reappointment to the Defendants' Steering Committee (the "DSC"),

**IT IS HEREBY ORDERED** that the following counsel and firms are reappointed to the DSC for a one year term, effective October 30, 2025, in the below described roles:

| **Defendant** | **Counsel** | **Firm** | **Role** |
|---|---|---|---|
| United Sugar Producers & Refiners Cooperative | Lawrence Buterman | Latham & Watkins LLP | Defendants' Lead Counsel and Liaison Counsel |
| Michigan Sugar Company | Vanessa Jacobsen | Eimer Stahl LLP | DSC Member |
| Commodity Information, Inc., and Mr. Richard Wistisen | Christopher Plumlee | RMP LLP | DSC Member |
| Louis Dreyfus Company LLC | Timothy Cameron | Cravath, Swaine & Moore LLP | DSC Member |
| U.S. Sugar Savannah Refinery, LLC | David Kully | Holland & Knight LLP | DSC Member |

Consistent with Pretrial Order No. 5, counsel shall file applications to renew their appointments to the DSC no later than September 15, 2026.

Dated: _____, 2025

                                                                        JERRY W. BLACKWELL
                                                                        United States District Judge