# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation | **NOTICE OF APPEARANCE** |
| This Document Relates to: | MDL No. 24-03110 (JWB/DTS) |
| ALL ACTIONS | |

The undersigned attorney hereby notifies the Court and counsel that Katherine B. Forrest shall appear as counsel of record for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc. in this case.

Dated: September 19, 2025

*/s/* Katherine B. Forrest
Katherine B. Forrest (NY Bar # 2381457)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: +1-212-373-3000
Facsimile: +1-212-757-3990
kforrest@paulweiss.com
*Counsel for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.*