# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS) |
| This Document Relates To:<br><br>ALL ACTIONS | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

Please take notice that Djordje Petkoski, counsel for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc., hereby gives notice that he has left the law firm of Allen Overy Shearman Sterling LLP and is now a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP. His updated contact information is as follows:

Djordje Petkoski
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: dpetkoski@paulweiss.com


Dated: September 19, 2025

By: */s/ Djordje Petkoski*
Djordje Petkoski
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W
Washington, D.C. 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: dpetkoski@paulweiss.com