UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS) |
| This Document Relates To: ALL ACTIONS | JOINT PROPOSED AGENDA FOR SEPTEMBER 29, 2025, STATUS CONFERENCE |

Pursuant to Pretrial Order No. 4 (ECF No. 256) ("PTO No. 4"), the Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC") (jointly, the "Parties") hereby submit this Joint Proposed Agenda for the scheduled Status Conference, set before Judge Blackwell, in Courtroom 7A, at the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert Street, St. Paul, MN on September 29, 2025, following the Parties' arguments on the various motions to dismiss.

## AGENDA ITEMS

**I.   Establishing a Standing Quarterly Discovery Status Conference**

**Plaintiffs' Position**:

Plaintiffs would like to discuss the establishment of a standing quarterly discovery status conference with Magistrate Judge Schultz (or Judge Blackwell if the Court prefers). Several discovery related matters will likely need resolution to ensure the Parties can comply with the discovery timelines set forth in Pretrial Order No. 5 ("PTO No. 5"). *See*, *e.g.*, PTO No. 5 ¶ 4. Although Plaintiffs anticipate the Parties will be able to resolve many of those matters without Court intervention, Plaintiffs believe timely Court intervention

1

may be helpful in ensuring the parties stay on track. A similar procedure was used effectively by Magistrate Judges Bowbeer and Docherty in *In re Beef Antitrust Litig.*, 20-cv-1319-JRT-HB, ECF No. 295 (D. Minn.).

**Defendants' Position:**

Defendants are willing to discuss the necessity of standing quarterly discovery conferences, and will defer to the Court's preference on this issue. However, Defendants believe that it is unnecessary, particularly at this stage, before the Court has addressed Defendants' Motions to Dismiss, to set quarterly discovery conferences given the already scheduled monthly status conferences and the Court's informal discovery procedures.

## II. PSC and DSC Reapplications

Pursuant to PTO Nos. 4 and 5, counsel for the Parties timely submitted applications for reappointment to the PSC and DSC, respectively.[1] *See* ECF Nos. 436 (PSC reapplications) and 446 (DSC reapplications). The Parties will be prepared to discuss any reappointment issues, to the extent the Court would like to do so.

---

[1] ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc. will file a separate application for the reappointment of their counsel, Djordje Petkoski, to the DSC, given Mr. Petkoski's transition to join Paul, Weiss, Rifkind, Wharton & Garrison LLP on September 15, 2025, when Defendants' application for reappointment was submitted.

Dated:   September 22, 2025

Respectfully submitted,

*/s/ Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
JOSHUA J. RISSMAN (#0391500)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com

**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX  75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Appointed Interim Plaintiffs Steering Committee Members and Co-Leads for the Direct Purchaser Plaintiff Subgroup*

*/s/ Heidi M. Silton*
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)

3

ANTONIA M. KONKOLY (#0504377)
MICHAEL J.K.M. KINANE (#0504621)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com
mjkmkinane@locklaw.com

*/s/ Kimberly A. Justice*
**FREED KANNER LONDON
& MILLEN LLC**
KIMBERLY A. JUSTICE
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
kjustice@fklmlaw.com

**FREED KANNER LONDON
& MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
ROBERT J. WOZNIAK
SAMANTHA M. GUPTA
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
sgupta@fklmlaw.com

*Appointed Interim Plaintiffs' Steering Committee Member and Co-Lead Counsel for the Commercial Indirect Purchaser Plaintiffs Subgroup*

4

*/s/ Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com


**ROBINS KAPLAN LLP**
ELLEN G. JALKUT
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
EJalkut@RobinsKaplan.com


*/s/ Peter A. Barile III*
**LOWEY DANNENBERG, P.C.**
PETER A. BARILE III
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
SITSO BEDIAKO (#0389073)
NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com


*/s/ Elizabeth A. Fegan*
**FEGAN SCOTT LLC**
ELIZABETH A. FEGAN
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

5

Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*

Dated: September 22, 2025

/s/ Lawrence E. Buterman
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

*Counsel for Defendant United Sugar Producers & Refiners Cooperative, and Defendants' Lead Counsel and Liaison Counsel*

/s/ Djordje Petkoski
Djordje Petkoski
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W
Washington, D.C. 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420
Email:  dpetkoski@paulweiss.com

*Counsel for Defendants ASR Group International, Inc, American Sugar Refining, Inc., and Domino Foods, Inc., and Defendants' Steering Committee Member*

<div style="margin-left: 50%;">

*/s/ Vanessa G. Jacobsen*
Vanessa G. Jacobsen
**EIMER STAHL LLP**
224 S Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7604
Facsimile: (312) 692-1718
vjacobsen@eimerstahl.com

*Counsel for Defendant Michigan Sugar Company, and Defendants' Steering Committee Member*

*/s/ Christopher D. Plumlee*
Christopher D. Plumlee (AR Bar #96154)
Wendy L. Johnson (AR Bar #94067)
**RMP LLP**
5519 Hackett Street, Suite 300
Springdale, AR 72762
Phone:(479) 443-2705
Fax:(479) 443-2718
cplumlee@rmp.law
wjohnson@rmp.law

*Counsel for Defendants Richard Wistisen & Commodity Information, Inc., and Defendants' Steering Committee Member*


*/s/ Timothy G. Cameron*
Timothy G. Cameron
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
tcameron@cravath.com

*Counsel for Defendant Louis Dreyfus Company LLC, and Defendants' Steering Committee Member*

</div>

*/s/ David C. Kully*
David C. Kully
**HOLLAND & KNIGHT LLP**
800 17th St., NW; Suite 1100
Washington, DC 20006
Telephone: (202) 469-5415
Facsimile: (202) 955-5564
david.kully@hklaw.com

*Counsel for Defendant United States Sugar Savannah Refinery, LLC, and Defendants' Steering Committee Member*