UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation<br><br>This Document Relates to: ALL ACTIONS | MDL No. 24-3110 (JWB/DTS) |

### ASRGI, ASR, INC., AND DOMINO'S APPLICATION FOR REAPPOINTMENT TO DEFENDANTS' STEERING COMMITTEE

Pursuant to the Court's October 30, 2024 Pretrial Order No. 4 (ECF No. 256), November 14, 2024 Pretrial Order No. 5 (ECF No. 265), and April 28, 2025 Order Amending Pretrial Order No. 4 and Amending Defendants' Steering Committee (ECF No. 371), Defendants ASR Group International, Inc. ("ASRGI"), American Sugar Refining, Inc. ("ASR, Inc."), and Domino Foods, Inc. ("Domino") hereby submit this application seeking reappointment of their counsel to the Defendants' Steering Committee ("DSC").

On September 30, 2024, Defendants who had appeared in the case submitted applications for appointment to the DSC. *See* ECF No. 224. On October 30, 2024, the Court appointed counsel for ASRGI, ASR, Inc., and Domino Djordje Petkoski (then at Allen Overy Shearman Sterling US LLP) to the DSC along with counsel for other Defendants. *See* ECF No. 256.

On September 15, 2025, Defendants United Sugar Producers & Refiners Cooperative, Michigan Sugar Company, Louis Dreyfus Company LLC, U.S. Sugar Savannah Refinery, LLC, and Richard Wistisen and Commodity Information Exchange, Inc. moved for reappointment of their counsel to Defendants' Steering Committee. ECF

No. 446. ASRGI, ASR, Inc., and Domino did not join the September 15 application because Mr. Petkoski was in the process of transitioning to his new firm, Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"). *See* ECF Nos. 446 n.1, 449. ASRGI, ASR, Inc., and Domino now move for reappointment of Mr. Petkoski to the DSC.

ASRGI, ASR, Inc., and Domino incorporate by reference Mr. Petkoski's qualifications, which were provided in his initial application. *See* ECF No. 224. Mr. Petkoski has actively participated in all of the activities of the DSC to date on behalf of ASRGI, ASR, Inc., and Domino. Mr. Petkoski will continue to work collaboratively with the other members of the DSC, and to work productively with the Plaintiffs' Steering Committee. ASRGI, ASR, Inc., and Domino thus respectfully request that the Court renew Mr. Petkoski's appointment to the DSC.

Dated: September 22, 2025        By:   */s/ Djordje Petkoski*
                                                                 Djordje Petkoski
                                                                  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                                                  2001 K Street, N.W.
                                                                  Washington, D.C. 20006
                                                                  Telephone: (202) 223-7300
                                                                  Facsimile: (202) 223-7420
                                                                  Email: dpetkoski@paulweiss.com