## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110(JWB/DTS) |
| This Document Relates To: ALL ACTIONS | [PROPOSED] ORDER |

Pursuant to Pretrial Order Nos. 4 (ECF No. 256) and 5 (ECF No. 265), the Court's Order Amending Pretrial Order No. 4 (ECF No. 371), and the application submitted by Defendants ASR Group International, Inc. ("ASRGI"), American Sugar Refining, Inc. ("ASR, Inc."), and Domino Foods, Inc. ("Domino") for reappointment to the Defendants' Steering Committee (the "DSC"),

**IT IS HEREBY ORDERED** that counsel for ASRGI, ASR, Inc., and Domino, Djordje Petkoski, and his firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, are reappointed to the DSC for a one year term, effective October 30, 2025.

Dated: _____, 2025

_____
JERRY W. BLACKWELL
United States District Judge