UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | MDL No. 24-3110 (JWB/DTS) |
| This Document Relates to:<br><br>ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF COUNSEL ANDRE HANSON**

Pursuant to Rule 83.7(a), of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Andre Hanson withdraws as counsel for Defendants ASR Group International, Inc. ("ASRGI"), American Sugar Refining, Inc. ("ASR, Inc."), and Domino Foods, Inc. ("Domino").

Defendants ASRGI, ASR, Inc., and Domino will continue to be represented by Djordje Petkoski, Paul, Weiss, Rifkind, Wharton & Garrison LLP, in addition to other counsel of record. Pursuant to Pretrial Order No. 1, association of local co-counsel is not required, and the requirements of LR 83.5(d) are waived.

Dated: September 24, 2025        */s/ Andre Hanson*
                                 Andre Hanson (Minn. Bar No. 258234)
                                 ALLEN OVERY SHEARMAN
                                 STERLING US LLP
                                 300 W. 6th Street, Suite 2250
                                 Austin, Texas 78701

Telephone: (512) 647-1900
Andre.Hanson@aoshearman.com

*Counsel for Defendants ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc.*