**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-3110 (JWB/DTS) |
| | **ORDER** |
| This Document Relates To: ALL ACTIONS | |

After reviewing the Parties' Joint Stipulation Concerning Fact Deposition Protocol (Dkt. No. 523), **IT IS HEREBY ORDERED** that the Deposition Protocol is entered and shall govern all fact depositions (*i.e.*, all depositions other than expert depositions) in the above-captioned action, in accordance with its terms.

Dated: December 30, 2025

　　　　　　　　　　　　　　　　　　　　　　s/ David T. Schultz
　　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge