UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/DTS) |
| This Document Relates To: ALL ACTIONS | JOINT PROPOSED AGENDA FOR JANUARY 26, 2026, STATUS CONFERENCE |

Pursuant to Pretrial Order No. 11 (ECF No. 496) ("PTO No. 11"), the Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC") (jointly, the "Parties") hereby submit this Joint Proposed Agenda for the scheduled Status Conference, set before Judge Blackwell, in Courtroom 7A, at the Warren E. Burger Federal Building and U.S. Courthouse, 316 N. Robert Street, St. Paul, MN on January 26, 2026, at 9:00 AM.

## AGENDA ITEMS

**Plaintiffs:**

**1. Infrastructure Discovery**

Although plaintiffs remain concerned about the "pace"[1] of progress on key infrastructure discovery issues (custodians, search terms, and allocation of time for depositions), Plaintiffs intend to continue negotiating with Defendants in hopes of reaching agreement on those issues. If agreement is not reached soon, Plaintiffs will initiate

---

[1] Nov. 24, 2025 Hearing Tr. at 43:2.

discovery dispute proceedings pursuant to Pretrial Order No. 12. In light of that, Plaintiffs do not have specific issues requiring the Court's attention at this time.

**Defendants:**

Plaintiffs' purported concerns regarding the "pace" of discovery are misplaced. *See* ECF No. 533. All Defendants have disclosed proposed custodians (on November 7) and search terms (on December 8), and have begun producing documents and structured data.[2] Plaintiffs have not responded to Defendants' search term proposals, not all Plaintiffs have produced documents, and not all Plaintiffs have proposed custodians or search terms. The Parties are, nevertheless, in the process of meeting and conferring regarding the custodian and search term proposals that have been exchanged to date, and the limit on the number of depositions, among other issues. The Parties' negotiations are ongoing. As there are no ripe disputes for the Court to resolve at this time, Defendants do not believe that the January 26th status conference and January 28th discovery conference are necessary, but are available to address any discovery matters should the Court proceed with the conferences.

---

[2] Mr. Wistisen does not possess structured data.

Dated:  January 20, 2026				Respectfully submitted,

/s/ *Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
JOSHUA J. RISSMAN (#0391500)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN  55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com


/s/ *Michael L. Roberts*
**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX  75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us


*Appointed Interim Plaintiffs Steering Committee Members and Co-Lead Counsel for the Direct Purchaser Plaintiff Subgroup*

/s/ Heidi M. Silton
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)
ANTONIA M. KONKOLY (#0504377)
MICHAEL J.K.M. KINANE (#0504621)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
amkonkoly@locklaw.com
mjkmkinane@locklaw.com


/s/ Kimberly A. Justice
**FREED KANNER LONDON**
**& MILLEN LLC**
KIMBERLY A. JUSTICE
923 Fayette Street
Conshohocken, PA  19428
Telephone:  (610) 234-6486
kjustice@fklmlaw.com


**FREED KANNER LONDON**
**& MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
ROBERT J. WOZNIAK
SAMANTHA M. GUPTA
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone: (224) 632-4500
mruan@fklmlaw.com
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
sgupta@fklmlaw.com

*Appointed Interim Plaintiffs' Steering Committee Member and Co-Lead Counsel for*

4

*the Commercial Indirect Purchaser Plaintiffs Subgroup*

/s/ *Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

**ROBINS KAPLAN LLP**
ELLEN G. JALKUT
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
EJalkut@RobinsKaplan.com


/s/ *Peter A. Barile III*
**LOWEY DANNENBERG, P.C.**
PETER A. BARILE III
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
SITSO BEDIAKO (#0389073)
NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY  10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com

/s/ Elizabeth A. Fegan
**FEGAN SCOTT LLC**
ELIZABETH A. FEGAN
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*

Dated: January 20, 2026

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

*Counsel for Defendant United Sugar Producers & Refiners Cooperative, and Defendants' Lead Counsel and Liaison Counsel*

*/s/ Djordje Petkoski*
Djordje Petkoski
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
dpetkoski@paulweiss.com

*Counsel for Defendants ASR Group International, Inc, American Sugar Refining, Inc., and Domino Foods, Inc., and Defendants' Steering Committee Member*

*/s/ Christopher D. Plumlee*
Christopher D. Plumlee (AR Bar #96154)
Wendy L. Johnson (AR Bar #94067)
**RMP LLP**
5519 Hackett Street, Suite 300
Springdale, AR 72762
Phone:(479) 443-2705
Fax:(479) 443-2718
cplumlee@rmp.law
wjohnson@rmp.law

7

*Counsel for Defendants Richard Wistisen & Commodity Information, Inc., and Defendants' Steering Committee Member*