**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 24-md-03110 (JWB/ECW) |
| This Document Relates To:<br>ALL ACTIONS | **PTO NO. 13 SUBMISSION REGARDING DISCOVERY DASHBOARD** |

Pursuant to Pretrial Order No. 13 (ECF No. 797), the Plaintiffs' Steering Committee ("PSC"), DAP Liaison Counsel, and the Defendants' Steering Committee ("DSC") (collectively, "the Parties") respectfully submit their positions regarding the monthly Discovery Dashboard.

## I. CLASS PLAINTIFFS' POSITION

The Class Plaintiffs support the use of the template Discovery Dashboard, as proposed by the Court. The only modification Class Plaintiffs anticipate is the addition of the new defendants to the Dashboard, so that all defendants (those in the original pleadings as well as those added in the amended pleadings) are identified in the Dashboard. The Class Plaintiffs take no position on Defendants' proposed modifications to the Court's template Discovery Dashboard.

## II. DAPS' POSITION

The DAPs[1] take no position on Defendants' proposed modifications to the Court's

[1] DAPs refer to the plaintiffs in the following actions: *Albertson Companies, Inc. et al v. ASR Group International Inc. et al*, No.: 26-cv-03492 ("Albertsons Plaintiffs"); *Mondelēz*

template Discovery Dashboard. DAPs have proposed modest modifications to the Discovery Dashboard. Specifically, certain DAPs are corporate affiliates of one another and intend to make combined productions through their respective common counsel. For this reason, DAPs propose combining such corporately affiliated entities into single entries in the Dashboard as shown in Exhibit A. DAPs propose no other changes.

## III. DEFENDANTS' POSITION

Defendants reviewed the template Discovery Dashboard provided by the Court and respectfully propose minor modifications that are intended to clarify the information that the Parties are required to report each month and make minor suggested changes to the type of information that is to be reported. Defendants' proposed Discovery Dashboard, which reflects the proposed changes requested by the DAPs described above, is attached hereto as Exhibit A. The changes that Defendants propose from the Court's template are identified in red for ease of reference.

### A. <u>The MDL-Wide Monthly Trend Table</u>

Defendants understand the Court would like monthly metrics regarding the status of each Party's document productions both for the given month and cumulatively, as well as information regarding the status of deposition discovery. Defendants' proposed changes

*Global LLC et al. v. ASR Group International, Inc. et al.*, No.: 26-cv-03528 ("Food Manufacturer Plaintiffs"); *McLane Company, Inc. et al. v. ASR Group International, Inc. et al.*, No.: 26-cv-03412 ("McLane Plaintiffs"); *Rich Holdings Inc. et al. v. ASR Group International, Inc. et al.*, No.: 26-cv-03940 ("Rich Products Plaintiffs"); and *Krasdale Foods, Inc. et al v. ASR Group International, Inc. et al.*, No.: 26-cv-03751 ("Krasdale Plaintiffs").

provide that information but make small changes to describe the information that the Parties are required to report each month with additional specificity.

With respect to depositions, the Court's template includes "depositions completed" in the "MDL-Wide Monthly Trend Table" and "Depositions Completed/Scheduled" in the lower "Monthly Metrics" table. Defendants' proposed modifications to the Dashboard would require the Parties to report each month: (1) the depositions completed to date; (2) the depositions completed in the reporting month; and (3) the depositions noticed in the reporting month, allowing the Court to track the status and pace of depositions that have been noticed and completed.

Finally, Defendants propose relabeling the "Open material discovery disputes" column to "Discovery disputes pending with Court" so there is clarity as to what the Parties are required to report each month.

### B. <u>The Monthly Metrics Chart</u>

Defendants propose several changes to the Monthly Metrics Chart.

***First***, Defendants propose tracking the status of document discovery by Party, and not in the aggregate across Parties, as that will provide the Court with a more complete and accurate picture of the status of discovery.[2]

***Second,*** Defendants propose removing the column titled "Reviewed This Month."

---

[2] Defendants have included all Defendants named in the Class Plaintiffs' Amended Complaints and each of the DAPs in the Dashboard for completeness. By doing so, Defendants do not concede that Class Plaintiffs or the DAPs have stated a claim against any Defendant, and do not concede that discovery is appropriate with respect to any newly named Defendant. Nothing in the Dashboard is intended to change the timing of when discovery is appropriate from any Party.

Defendants' document reviews involve multiple stages of review before documents are produced (e.g., first level review, privilege review, and other quality control), which makes it difficult to report a single metric in this field. Further, Defendants will be providing updates on (1) their total review population to date, (2) the documents produced during the month, (3) the documents produced to date, (4) the change in total documents produced from the prior month, (5) the substantial completion deadline, and (6) whether there is any reason they will not be able to meet the substantial completion deadline. Those metrics will provide the Court with insight into the number of documents for which Defendants have completed their review during the reporting period.

***Third,*** Defendants propose some changes to the titles of certain columns to clarify the information that the Parties are required to report each month. For example, Defendants propose changing "Custodians" to "Number of Document Custodians" and "Review Population" to "Review Population to Date" to account for the fact that Defendants' review populations may change as they collect additional custodial documents. None of the changes Defendants propose are intended to alter the type of information reported to the Court.

### C. Monthly History Tab

Defendants propose removing the "Monthly History Tab" and respectfully propose that each month's dashboard report should be saved as its own worksheet in the Excel workbook. Doing so will preserve each month's dashboard report and allow the Court to easily track each Party's productions month-by-month.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Daniel E. Gustafson*
**GUSTAFSON GLUEK PLLC**
DANIEL E. GUSTAFSON (#0202241)
DANIEL C. HEDLUND (#0258337)
ABOU B. AMARA, JR. (#0401146)
GABRIELLE M. KOLB (#0504386)
MELANIE MILLER KAPANKE (#0506523)
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com
mmiller@gustafsongluek.com

*/s/ Michael L. Roberts*
**ROBERTS LAW FIRM US, PC**
MICHAEL L. ROBERTS
ERICH P. SCHORK
SARAH E. DELOACH
1920 McKinney Ave, Suite 700
Dallas, TX 75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

***Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Direct Purchaser Plaintiffs Subgroup***

*/s/ Heidi M. Silton*
**LOCKRIDGE GRINDAL NAUEN PLLP**
HEIDI M. SILTON (#025759X)
JESSICA N. SERVAIS (#0326744)
JOSEPH C. BOURNE (#0389922)
MICHAEL J.K.M. KINANE (#0504621)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
mjkmkinane@locklaw.com

*/s/ Kimberly A. Justice*
**JUSTICE JAGHER LONDON & MILLEN LLC**
KIMBERLY A. JUSTICE
923 Fayette Street
Conshohocken, PA 19428
Telephone: 610/234-6335
kjustice@jjlmlaw.com

**JUSTICE JAGHER LONDON & MILLEN LLC**
MATTHEW W. RUAN (#033909X)
DOUGLAS A. MILLEN
ROBERT J. WOZNIAK, JR.
SAMANTHA M. GUPTA
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@jjlmlaw.com
dmillen@jjlmlaw.com
rwozniak@jjlmlaw.com
sgupta@jjlmlaw.com

***Appointed Interim Plaintiffs' Steering Committee Member and Co-Lead Counsel for the Commercial Indirect Purchaser Plaintiffs Subgroup***

*/s/ Stacey P. Slaughter*
**ROBINS KAPLAN LLP**
STACEY P. SLAUGHTER (#0296971)
CAITLIN E. KEIPER (#0504799)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

**ROBINS KAPLAN LLP**
ELLEN G. JALKUT
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
EJalkut@RobinsKaplan.com

*/s/ Peter A. Barile III*
**LOWEY DANNENBERG, P.C.**
PETER A. BARILE III
VINCENT BRIGANTI
PETER ST. PHILLIP, JR.
SITSO BEDIAKO (#0389073)
NICOLE A. VENO
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com

*/s/ Elizabeth A. Fegan*
**FEGAN SCOTT LLP**
ELIZABETH A. FEGAN
JONATHAN LINDENFELD
DERRICK LOVING
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com
jonathan@feganscott.com
derrick@feganscott.com

***Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup***

*/s/ Lawrence E. Buterman*
Lawrence E. Buterman
**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
lawrence.buterman@lw.com

Elyse M. Greenwald (*pro hac vice*)
**LATHAM & WATKINS LLP**
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
elyse.greenwald@lw.com

David L. Johnson (*pro hac vice*)
Christopher J. Brown (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

david.johnson@lw.com
chris.brown@lw.com

***Counsel for Defendant United Sugar Producers & Refiners Cooperative, and Defendants' Lead Counsel and Liaison Counsel***

/s/ Djordje Petkoski
Djordje Petkoski
Paul D. Brachman
Amelia Rasmussen
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
dpetkoski@paulweiss.com
pbrachman@paulweiss.com
mrasmussen@paulweiss.com

Katherine B. Forrest
Matthew A. Robinson
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
kforrest@paulweiss.com
mrobinson@paulweiss.com

***Counsel for Defendants ASR Group International, Inc, American Sugar Refining, Inc., and Domino Foods, Inc. (except with respect to The Kraft Heinz Company as Plaintiff), and Defendants' Steering Committee Member***

*/s/ Christopher D. Plumlee*
Christopher D. Plumlee (AR Bar #96154)
Wendy L. Johnson (AR Bar #94067)
**RMP LLP**
5519 Hackett Street, Suite 300
Springdale, AR 72762
Phone:(479) 443-2705
Fax:(479) 443-2718
cplumlee@rmp.law
wjohnson@rmp.law

***Counsel for Defendants Richard Wistisen & Commodity Information, Inc., and Defendants' Steering Committee Member***

By: */s/ John P. Bjork*
Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
John P. Bjork
Paul E. Bateman, Jr.
**SPERLING KENNY NACHWALTER, LLC**
321 North Clark Street, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
arodriguez@sperlingkenny.com
pbateman@sperlingkenny.com

William J. Blechman
Douglas H. Patton
Michael A. Ponzoli
**SPERLING KENNY NACHWALTER, LLC**
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Telephone: (304) 373-1000
Facsimile: (305) 372-1861
wblechman@sperlingkenny.com
dpatton@sperlingkenny.com
mponzoli@sperlingkenny.co

*Counsel for the Albertsons Plaintiffs*

*/s/ Brandon D. Fox*
Brandon D. Fox
Sati Harutyunyan
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 239-5100
bfox@jenner.com
sharutyunyan@jenner.com

Andrianna D. Kastanek
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
akastanek@jenner.com

Jariel A. Rendell
**JENNER & BLOCK LLP**
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
(202) 639-6000
jrendell@jenner.com

*Counsel for the Food Manufacturer Plaintiffs*

*/s/ Deborah E. Arbabi*
Deborah E. Arbabi (*pro hac vice*)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: 949-798-1318
Fax: 949-263-8414
darbabi@crowell.com

William V. Reiss (*pro hac vice*)
Laura Song (*pro hac vice pending*)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: 212-803-4029

Fax: 212-223-4134
wreiss@crowell.com
lsong@crowell.com

*Counsel for the McClane an Rich Products Plaintiffs*

*/s/ Linda P. Nussbaum*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Avenue
Garden City, NY 11530
Telephone.: (917) 438-9189
lnussbaum@nussbaumpc.com

Roberta D. Liebenberg
Gerard A. Dever
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com
jgittleman@finekaplan.com

*Counsel for Krasdale Plaintiffs*