# EXHIBIT A

## SUGAR MDL — MONTHLY DISCOVERY DASHBOARD

*Reporting month: ___________________ | Filed: ___________________ | Numerical or one-sentence entries only.*

### MDL-WIDE MONTHLY TREND

| Metric | Jul 2026 | Aug 2026 | Sep 2026 | Oct 2026 | Nov 2026 | Dec 2026 | Jan 2027 | Trend / Comment |
|---|---|---|---|---|---|---|---|---|
| Total documents produced by Defendants to date | | | | | | | | |
| Total documents produced by Defendants in month | | | | | | | | |
| Total documents produced by Class Plaintiffs to date | | | | | | | | |
| Total documents produced by Class Plaintiffs in month | | | | | | | | |
| Total documents produced by DAPs to date | | | | | | | | |
| Total documents produced by DAPs in month | | | | | | | | |
| Depositions completed to date | | | | | | | | |
| Depositions completed in month | | | | | | | | |
| Depositions noticed in month | | | | | | | | |
| Discovery disputes pending with Court | | | | | | | | |

| Party Type | Party | Number of Document Custodians | Review Population To Date | Total Documents Produced This Month | Total Documents Produced To Date | Δ Total vs Prior Month | Major Work Remaining | Current Completion Date | Prior Completion Date |
|---|---|---|---|---|---|---|---|---|---|
| **Defendants** | ASR / Domino | | | | | | | | |
| | United | | | | | | | | |
| | Commodity / Wistisen | | | | | | | | |
| | Florida Crystals Corp. | | | | | | | | |
| | U.S. Sugar | | | | | | | | |
| | Minn-Dak Farmers Cooperative | | | | | | | | |
| | American Crystal Sugar Co. | | | | | | | | |
| | Wyoming Sugar Company LLC | | | | | | | | |
| | Michigan Sugar Co. | | | | | | | | |
| | NSM | | | | | | | | |
| | Southern Minnesota Beet Sugar Cooperative | | | | | | | | |
| | Amalgamated Sugar Co. | | | | | | | | |
| | Western Sugar Cooperative | | | | | | | | |
| **Direct Purchaser Plaintiffs** | Curtze | | | | | | | | |
| | KPH | | | | | | | | |
| | Northern Frozen Foods | | | | | | | | |
| | Redner's Markets | | | | | | | | |
| | Wakefern | | | | | | | | |
| | Gladys' Restaurant d/b/a Gladys' | | | | | | | | |
| | King Kullen | | | | | | | | |
| | PCA Too d/b/a Sugar Bakeshop | | | | | | | | |
| | Pattibakes | | | | | | | | |
| | Piala | | | | | | | | |
| | Portland Hunt-Alpine Club | | | | | | | | |

| Party Type | Party | Number of Document Custodians | Review Population To Date | Total Documents Produced This Month | Total Documents Produced To Date | Δ Total vs Prior Month | Major Work Remaining | Current Completion Date | Prior Completion Date |
|---|---|---|---|---|---|---|---|---|---|
| Commercial Indirect Purchaser Plaintiffs | SAM Restaurants d/b/a Carolina's Diner | | | | | | | | |
| | The Coffee Bean | | | | | | | | |
| | Union Hospitality Grp | | | | | | | | |
| | Union Public House | | | | | | | | |
| | Up at 4 | | | | | | | | |
| | WNT Farmington/WNT Hartford | | | | | | | | |
| | Natile | | | | | | | | |
| | Morelos Bakery | | | | | | | | |
| Consumer Indirect Purchaser Plaintiffs | Amanda Boardman | | | | | | | | |
| | Anthony Minicuci | | | | | | | | |
| | Bradley Bennet | | | | | | | | |
| | Brooke Cutlip | | | | | | | | |
| | Claudine Williams | | | | | | | | |
| | David Ulery | | | | | | | | |
| | Daynna Mitchell | | | | | | | | |
| | Donald Friedman | | | | | | | | |
| | Debbie Hale | | | | | | | | |
| | Erica Mitchell | | | | | | | | |
| | Ernest Gambrell | | | | | | | | |
| | Elizabeth Growney | | | | | | | | |
| | Evan Annis | | | | | | | | |
| | Francisco Olivares | | | | | | | | |
| | Gina Gonzales | | | | | | | | |
| | Heidi Humphreys | | | | | | | | |
| | Jarred Cutlip | | | | | | | | |
| | James Veneziano | | | | | | | | |
| | John Luce | | | | | | | | |
| | Katherine Stonehouse | | | | | | | | |
| | Kim Rybarczyk | | | | | | | | |
| | Lauren Grouws | | | | | | | | |
| | Laurie Marcello | | | | | | | | |
| | Lawrence Matson | | | | | | | | |
| | Lisa Clemenson | | | | | | | | |
| | Lora Kelley | | | | | | | | |
| | Marlee Bybee | | | | | | | | |
| | Mary Reilly | | | | | | | | |
| | Mary Salazar | | | | | | | | |
| | Matthew Edlin | | | | | | | | |
| | Matthew Marek | | | | | | | | |
| | Mayelin Bernal | | | | | | | | |
| | Michael Cervellino | | | | | | | | |
| | Michael Santilli | | | | | | | | |
| | Mikhael Gershzon | | | | | | | | |
| | Miranda Cofino | | | | | | | | |
| | Nancy Goodman | | | | | | | | |
| | Renee Newton | | | | | | | | |
| | Reynaldo Borge | | | | | | | | |
| | Richard Hammetter | | | | | | | | |
| | Robin Rutledge | | | | | | | | |
| | Roy Derhammer | | | | | | | | |
| | Sarina Tanehill | | | | | | | | |
| | Samantha Macaluso | | | | | | | | |

| Party Type | Party | Number of Document Custodians | Review Population To Date | Total Documents Produced This Month | Total Documents Produced To Date | Δ Total vs Prior Month | Major Work Remaining | Current Completion Date | Prior Completion Date |
|---|---|---|---|---|---|---|---|---|---|
| | Thomas McDowell | | | | | | | | |
| | Thomas Tombarello | | | | | | | | |
| | Victor Sathler | | | | | | | | |
| | Virginia Smith | | | | | | | | |
| | Tammy Tacito | | | | | | | | |
| Direct Action Plaintiffs | Albertsons Companies, Inc. | | | | | | | | |
| | Associated Grocers of the South, Inc., | | | | | | | | |
| | H-E-B, LP | | | | | | | | |
| | Hy-Vee, Inc. | | | | | | | | |
| | The Koger Co. | | | | | | | | |
| | Meijer, Inc. and Meijer Distribution, Inc. | | | | | | | | |
| | Publix Super Markets, Inc. | | | | | | | | |
| | Raley's and Raley's Arizona, LLC | | | | | | | | |
| | Save Mart Supermarkets, LLC | | | | | | | | |
| | United Natural Foods, Inc., Associated Grocers of Florida, Inc., SuperValu, Inc., Unified Grocers, Inc., Tony's Fine Foods | | | | | | | | |
| | US Foods, Inc. | | | | | | | | |
| | Ahold Delhaize USA, Inc. | | | | | | | | |
| | General Mills, Inc. | | | | | | | | |
| | Kellanova Mars, Inc. | | | | | | | | |
| | McKee Foods Corp. | | | | | | | | |
| | Mondelez Global LLC | | | | | | | | |
| | Nestle USA, Inc. | | | | | | | | |
| | The Hershey Company | | | | | | | | |
| | The J.M Smucker Company | | | | | | | | |
| | The Kraft Heinz Company | | | | | | | | |
| | WK Kellogg Co. | | | | | | | | |
| | Krasdale Foods, Inc. | | | | | | | | |
| | Wegmans Food Markets, Inc. | | | | | | | | |
| | Rich Holdings Inc., Rich Products Corporation, Hicksville d/b/a Hanan Products Company, Inc., Great Kitchens Intermediate Holdings, Inc., and Great Kitchens Food Company, Inc. (collectively, “Rich Products”) | | | | | | | | |

| Party Type | Party | Number of Document Custodians | Review Population To Date | Total Documents Produced This Month | Total Documents Produced To Date | Δ Total vs Prior Month | Major Work Remaining | Current Completion Date | Prior Completion Date |
|---|---|---|---|---|---|---|---|---|---|
| | McLane Company, Inc. d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/ High Plains, and McLane/North Texas; McLane/Mid-Atlantic, Inc. d/b/a McLane Bluegrass; McLane/Midwest, Inc., d/b/a McLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc. d/b/a McLane/Northeast, McLane/Northeast-Concord, and McLane Pa; McLane Suneast, Inc., d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, and | | | | | | | | |
| | PepsiCo, Inc.; Pepsi-Cola Advertising and Marketing, Inc.; SVC Manufacturing, Inc.; Frito-Lay, Inc.; The Quaker Oats Company; Quaker Manufacturing, LLC (collectively, “PepsiCo”) | | | | | | | | |
| | Bimbo Bakeries USA, Inc.; Bimbo Bakehouse LLC; Bimbo Bakehouse Inc.; BB Global Investing Holding, S.L.; and Grupo Bimbo, S.A.B. De C.V. (collectively, “Bimbo”) | | | | | | | | |

*Instructions: Preserve each month in the trend block; do not overwrite prior months. “Produced This Month” refers to documents produced during the current reporting period; “Total Produced” is cumulative produced to date. “Major W*
*identify any change in projected completion date.*