**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | MDL No. 24-03110 (JWB/ECW) |
| **THIS DOCUMENT RELATES TO:** *Mondelēz Global LLC et al. v. ASR Group International, Inc. et al.,* No. 0:26-cv-03528 | **DECLARATION OF ELIZABETH G. MCCABE** |

I, Elizabeth G. McCabe, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner and the Deputy General Counsel of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss" or the "Firm"). This declaration is based on my personal knowledge, my review of Paul, Weiss's records generated, maintained, and relied on in the ordinary course of its business, and documents and information provided to me by other lawyers at Paul, Weiss.

2. Djordje Petkoski joined Paul, Weiss as a partner on September 15, 2025, as part of a group of lawyers from Allen Overy Shearman Sterling LLP.

3. Paul, Weiss first started representing ASR Group International, Inc., American Sugar Refining, Inc., and Domino Foods, Inc. (collectively, "ASR/Domino") in the granulated sugar antitrust litigation at that time.

4. Paul, Weiss issued a press release announcing Mr. Petkoski's arrival at the Firm. *See Paul, Weiss Welcomes Star Antitrust Team* (September 15, 2025), *available at* https://www.paulweiss.com/insights/firm-news/paul-weiss-welcomes-star-antitrust-team (last visited Sept. 22, 2026). The announcement generated significant press coverage. *See, e.g.*, Abigail Adcox, *Paul Weiss Snags Antitrust Partner Trio From A&O Shearman*, National Law

Journal (Sept. 15, 2025), https://www.law.com/nationallawjournal/2025/09/15/paul-weiss-snags-antitrust-partner-trio-from-ao-shearman/; Rose Krebs, *Paul Weiss Lands A&O Shearman Antitrust Trio In DC*, Law360 (Sept. 15, 2025), https://www.law360.com/pulse/daily-litigation/articles/2387922; Roy Strom, *Paul Weiss Hires Three-Partner Antitrust Team from A&O Shearman*, Bloomberg Law (Sept. 15, 2025), https://news.bloomberglaw.com/business-and-practice/paul-weiss-hires-three-partner-antitrust-team-from-a-o-shearman; Mike Scarcella, *Paul Weiss adds antitrust trio from rival law firm A&O Shearman*, Reuters (Sept. 15, 2025), https://www.reuters.com/legal/legalindustry/paul-weiss-adds-antitrust-trio-rival-law-firm-ao-shearman-2025-09-15/.

5. In 2024, more than a year before Mr. Petkoski joined Paul, Weiss and Paul, Weiss first started representing ASR/Domino, three then-Paul, Weiss partners, William Isaacson, Jessica Phillips, and Kyle Smith, responded to a request for proposals ("RFP") to represent a group of potential plaintiffs against ASR/Domino, including The Hershey Company, The J. M. Smucker Company, Kellanova, The Kraft Heinz Company ("Kraft Heinz"), Mondelēz Global LLC, WK Kellogg Co. and two others that have not joined Plaintiffs' motion (collectively, the "Former Prospective Clients").

6. Mr. Isaacson, Ms. Phillips, and Mr. Smith all left the Firm in late May 2025, about three months *before* Mr. Petkoski joined Paul, Weiss and Paul, Weiss first started representing ASR/Domino.

7. The only other Paul, Weiss lawyers who worked on the pitch were a mid-level Associate, who is still employed at Paul, Weiss, and a Practice Management Attorney, who left the firm in May 2026. My investigation has confirmed that neither attended the October 2024 pitch meeting. Neither ever worked on the ASR/Domino representation, and both were screened

from doing so after Jenner & Block LLP raised concerns about the pitch. Both never shared or discussed any alleged confidential information from the Former Prospective Clients with any lawyers representing ASR/Domino. They were and are salaried employees and have not and will not receive any portion of the fees from the ASR/Domino representation.

8. The only pitch materials stored on Paul, Weiss's document management system are the Former Prospective Clients' RFP, Paul, Weiss's proposal in response to the RFP, and drafts thereof. These documents have been electronically secured from access by the lawyers representing ASR/Domino.

9. The pricing data that one of the Former Prospective Clients provided in connection with the pitch has not been stored on Paul, Weiss's document management system. This data is contained only in individual email accounts, which are not accessible to the lawyers representing ASR/Domino. The pricing data is not contained or referenced in Paul, Weiss's response to the RFP.

10. All of the lawyers representing ASR/Domino have provided me with declarations stating that they never accessed or viewed any alleged confidential information, including any pricing data, provided by the Former Prospective Clients in connection with the 2024 pitch. They are screened and prohibited from doing so.[1]

11. All of the lawyers representing ASR/Domino have confirmed that they never discussed with William Isaacson, Jessica Phillips, Kyle Smith, or anyone else who worked on the 2024 pitch any substance of the October 2024 meeting with the prospective clients.

12. Mr. Petkoski ran a conflicts check on the plaintiffs in this action in early December 2025. The conflicts check identified that the Firm represented Kraft Heinz in

[1] We have not filed each declaration on the docket because of the number and to protect the lawyers' privacy. We are able to provide the declarations *in camera* if needed.

unrelated matters. It did not identify that former Paul, Weiss partners had pitched to represent the Former Prospective Clients in 2024.

13. Mr. Petkoski told me that counsel for Plaintiffs in this action raised the 2024 pitch in a phone call in February 2026.

14. The Firm acted promptly thereafter to confirm that the lawyers representing ASR/Domino had not accessed or viewed alleged confidential information from the Former Prospective Clients. The Firm set up a screen to ensure that no alleged confidential information from the Former Prospective Clients could be accessed or viewed by the lawyers representing ASR/Domino.

15. The Firm currently represents Kraft Heinz in one matter, a stockholder derivative lawsuit pending in the Delaware Court of Chancery, *In re the Kraft Heinz Company Derivative Litigation Consolidated*, C.A. No. 2019-0587-LWW (Del. Ch.). That matter is unrelated to the granulated sugar antitrust litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of September, 2026.

[signature]
Elizabeth G. McCabe