**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Granulated Sugar Antitrust Litigation

MDL No. 24-3110 (JWB/ECW)

**AGENDA FOR SEPTEMBER 28, 2026 STATUS CONFERENCE**

---

The following is the Agenda that will be followed at the conference.

**<u>Agenda for Status Conference</u>**

1. **Amended case schedule**

2. **Discovery Dashboard**

3. **PSC/DAP coordination order**

4. **September discovery status / outstanding impediments**