**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 0:24-md-03110-JWB-ECW |
| This Document Relates To: ALL ACTIONS | **NOTICE OF APPEARANCE** |

The undersigned counsel respectfully notifies this Court and all counsel of record that William G. Caldes, shall appear as counsel of record for Plaintiffs KPH Healthcare Services, Inc. and Wakefern Food Corp. in this matter.

Dated: September 28, 2026

Respectfully submitted,

*/s/ William G. Caldes*

William G. Caldes
**SPECTOR CALDES & CORRIGAN PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
bcaldes@scc.law