**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Civil Action No. 0:24-MD-03110-JWB-ECW |
| This Document Relates to:<br><br>ALL ACTIONS | |

**NOTICE OF WITHDRAWAL OF PETER D. ST. PHILLIP, JR.**

Pursuant to Local Rule 83.7 of the United States District Court for the District of Minnesota, the undersigned hereby notifies the Court and the parties of the withdrawal of Peter D. St. Phillip, Jr. as counsel for Plaintiff Stacy Kurtz. Pursuant to this Court's Pretrial Order No. 1 Part XII (ECF No. 29), other attorneys from Lowey Dannenberg, P.C., including Peter A. Barile III, will continue to serve as Interim Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs and the Consumer Indirect Purchaser Class.

DATED: September 29, 2026

s/*Peter A. Barile III*

Vincent Briganti
Peter A. Barile III
Sitso W. Bediako (#0389073)
Nicole A. Veno
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

*Attorneys Plaintiff Stacy Kurtz and Co-Lead Class Counsel for Consumer Indirect Purchaser Plaintiffs and the Consumer Indirect Purchaser Class*