**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: GRANULATED SUGAR ANTITRUST LITIGATION | Case No. 0:24-md-03110-JWB-ECW |
| This Document Relates To:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF APPEARANCE** |

Pursuant to Local Rule 83.7 of the United States District Court for the District of Minnesota, the undersigned hereby notifies the Court and the parties of his withdrawal as counsel for Plaintiff Wakefern Food Corp. only. Multiple attorneys have previously appeared on behalf of Wakefern Food Corp. in this matter and will continue to serve as counsel.

Dated: September 29, 2026

Respectfully submitted,

*/s/ William G. Caldes*

William G. Caldes
**SPECTOR CALDES & CORRIGAN PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
bcaldes@scc.law