**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Granulated Sugar Antitrust Litigation

MDL No. 24-3110 (JWB/ECW)

**ORDER FOLLOWING SEPTEMBER 28, 2026 STATUS CONFERENCE AND DIRECTING FURTHER SUBMISSIONS**

---

A Status Conference was held on September 28, 2026. At that conference, the items on the Agenda (Doc. No. 856) were discussed.

The parties' proposed modifications to Pretrial Order No. 12 (Doc. No. 854), submission regarding the Discovery Dashboard (Doc. No. 840), and proposed order regarding coordination between the Plaintiffs' Steering Committee and the Direct Action Plaintiffs (Doc. No. 841) were reviewed. The Court decided dates for some of the disputed amended deadlines, provided guidance for further discussion, and ordered the parties to further meet and confer. After the meet and confer, the parties will submit an Updated Submission of Proposed Modifications to Pretrial Order No. 12 and Case Schedule, an Updated Submission Regarding Discovery Dashboard, and an Updated Proposed Pretrial Order Addressing Coordination Between Plaintiffs' Steering Committee and Direct Action Plaintiffs.

Accordingly, **IT IS HEREBY ORDERED** that:

1. **Updated Submission of Proposed Modifications to Pretrial Order No. 12 and Case Schedule.** On or before Friday, October 2, 2026, leadership counsel,

including the designated DAP liaison, shall meet and confer regarding any proposed modifications to Pretrial Order No. 12. On or before **Monday, October 5, 2026**, the parties must submit an Updated Submission of Proposed Modifications to Pretrial Order No. 12 and Case Schedule. The parties must include these deadlines for the following events:

| | |
|---|---|
| Deadline for DAPs to File Amended Complaints | **10/9/2026** |
| Defendants' Motions to Dismiss Amended Class and Amended DAP Complaints | **12/8/2026**<br><br>The Updated Submission must include a paragraph addressing the expectation that defense counsel will coordinate in filing all motions and responses to make the most efficient, non-duplicative filing possible. |
| Plaintiffs' Oppositions to Defendants' Motions to Dismiss | **1/22/2027**<br><br>The Updated Submission must include a paragraph addressing the expectation that Plaintiffs' counsel will coordinate in filing all motions and responses to make the most efficient, non-duplicative filing possible. |
| Defendants' Motion to Dismiss Replies | **2/19/2027** |
| Hearing on Defendants' Motions to Dismiss Amended Class and DAP Complaints | **To be set by the Court** |
| Finalization of Search Terms and Custodians with Current Defendants | **10/15/2026** |
| Any Disputes over Search Terms and Custodians with Current Defendants Must be Submitted to the Magistrate Judge | **11/13/2026**<br><br>The Updated Submission must include a statement that after November 13, additions can only be |

| | |
|---|---|
| | made by agreement or after a showing of good cause based on information that could not have been identified earlier. |
| Deadline for Class Plaintiffs, DAPs, and Defendants to Raise Any Outstanding Disputes with Respect to Search Terms and Custodians with New Defendants | **12/15/2026** |
| Deadline for Class Plaintiffs, DAPs, and Defendants to Submit Proposals Regarding the Number/Hours of Depositions Allowed and Amendments to Deposition Protocol | **10/30/2026**<br><br>The Updated Submission must include a paragraph that explains that the parties must coordinate on deposition scheduling so that each fact witness is only deposed one time, absent good cause. Class counsel and DAP counsel will need to coordinate and allocate examination time. |
| Applications or Reapplications to PSC and DSC | **3/8/2027** |
| Substantial Completion of Document Production Based on Requests Already Served | **3/19/2027**<br><br>The Updated Submission must include a paragraph that states that substantial completion of document production means that the producing party has completed collection and review of the agreed or ordered custodial and non-custodial sources and has produced the responsive, non-privileged documents identified through that process, subject only to limited and specifically identified residual production, such as documents awaiting final privilege review, documents implicated by a discrete pending discovery dispute, technical processing issues, or other similarly limited categories. Any party asserting substantial completion should identify any material categories of production that remain |

| | |
|---|---|
| | outstanding and state when they will be completed. |
| Completion of all Residual Document Production Based on Requests Already Served | **4/16/2027** |
| Substantial Completion of Document Production Based on Requests Made To or From DAPs and Newly Named Defendants | **6/1/2027** |
| Completion of all Residual Document Production Based on Requests Made To or From DAPs and Newly Named Defendants | **6/29/2027** |
| Completion of Fact Discovery | **10/15/2027** |
| Deadline for Non-Dispositive Motions Regarding Fact Discovery | **10/29/2027** |
| Dispositive Motions | **To Be Determined** |

The parties must specifically meet and confer about and include their proposal for deadlines for the following events:

- The deadlines for Substantial Completion of Document Production Based on Requests Made To or From DAPs and Newly Named Defendants [**6/1/2027**], and for the Completion of all Residual Document Production Based on Requests Made To or From DAPs and Newly Named Defendants [**6/29/2027**], should be discussed considering the anticipated burdens from new DAP-specific or newly named Defendant-specific discovery overlapping with motion to dismiss briefing schedules. The parties should address whether those dates should be adjusted where such discovery requires additional collection, review, or production.

- The parties should consider whether additional deadlines for non-dispositive motions specific to document discovery should be set approximately 2 weeks after each residual discovery completion date.

- The parties should consider new Expert Report Deadlines, Class Certification Briefing Deadlines, and *Daubert* Motion Deadlines to address Defendants' sequencing concerns relating to *Daubert* motions overlapping with expert

discovery and to address the Court's concern for setting dates for Class Certification briefing too far into the future.

2. **Updated Submission Regarding Discovery Dashboard.** On or before **Monday, October 5, 2026**, the PSC, DSC, and DAP liaison must submit an updated joint proposed form for a monthly Discovery Dashboard. The updated form must include a column for "Monthly % progress toward substantial completion," meaning each producing party shall provide a good-faith estimate of its progress toward substantial completion, based on the custodians, data sources, and review population then known, and identify any material change in that universe. The form must reinsert the column labeled "Open Material Discovery Disputes," which is to include all such disputes and not only those pending before the Court. The form must also increase the font size, if possible, to make the document more readable.

3. **Updated Proposed Pretrial Order Addressing Coordination Between Plaintiffs' Steering Committee and Direct Action Plaintiffs.** On or before **Monday, October 5, 2026**, the PSC and DAP liaison must submit an updated Proposed Pretrial Order addressing the coordination between the PSC and DAPs. The updated Proposed Pretrial Order should include a statement confirming the person designated as DAPs' liaison to the Court. The Proposed Pretrial Order should incorporate provisions for allowing the DAPs access to existing discovery requests immediately, and for allowing access to discovery that has already been produced within 10 days of filing their Amended Consolidated Master Complaint and Short-form Complaints. The updated Proposed Pretrial Order should also include a paragraph that states that any later filed or

transferred DAP will enter the MDL as it is at that moment in time and will comply with the existing schedule, absent good cause. The arrival of a new DAP will not reopen completed custodian/search-term decisions or extend existing Defendants' production deadlines.

Date: September 30, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge