**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: Granulated Sugar Antitrust Litigation | MDL No. 24-3110 (JWB/ECW) |
| This Document Relates to:<br><br>ALL ACTIONS | |

**NOTICE OF PLAINTIFFS' PROPOSED PRETRIAL ORDER NO. 14 (COORDINATION ORDER)**

Pursuant to Paragraphs 4 and 5 of Pretrial Order No. 13 (ECF No. 797) and Paragraph 3 of the Court's order of September 30, 2026 (ECF No. 874), Plaintiffs' Steering Committee ("PSC") and Direct-Action Plaintiffs' ("DAPs") Liaison Counsel jointly submit their revised Coordination Order (Proposed Pretrial Order No. 14) attached hereto as **Exhibit A**.

Dated: October 5, 2026

Respectfully submitted,

By: */s/ John P. Bjork*

Joseph M. Vanek
David P. Germaine
Alberto Rodriguez
John P. Bjork
**SPERLING KENNY NACHWALTER, LLC**
321 North Clark Street, 25th Floor
Chicago, Illinois 60654
Telephone: (312) 641-3200
jvanek@sperlingkenny.com
dgermaine@sperlingkenny.com
jbjork@sperlingkenny.com
arodriguez@sperlingkenny.com

William J. Blechman
Douglas H. Patton
Michael A. Ponzoli
**SPERLING KENNY NACHWALTER, LLC**
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Telephone: (304) 373-1000
Facsimile: (305) 372-1861
wblechman@sperlingkenny.com
dpatton@sperlingkenny.com
mponzoli@sperlingkenny.com

Ryan Holt, Esquire
**SHERRARD ROE VOIGT & HARBISON**
1600 West End Avenue, Suite 1750
Nashville, TN 37203
Tel: (615) 742-4200
RHolt@srvhlaw.com

*Counsel for Plaintiffs:*
*Albertsons Companies, Inc., Associated Grocers of the South, Inc., Associated Grocers of Florida, Inc., H-E-B, LP, Hy-Vee, Inc., The Kroger Co., Meijer, Inc., Meijer Distribution, Inc., Publix Super Markets, Inc., Raley's, Raley's Arizona, LLC, Supervalu, Inc., Unified Grocers, Inc., Tony's Fine Foods, Save Mart Supermarkets LLC, United Natural Foods, Inc., Us Foods, Inc. and Ahold Delhaize Usa, Inc.*

Daniel E. Gustafson (#0202241)
Daniel C. Hedlund (#0258337)
Abou B. Amara, Jr. (#0401146)
Gabrielle M. Kolb (#0504386)
Melanie Miller Kapanke (#0506523)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844

Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
aamara@gustafsongluek.com
gkolb@gustafsongluek.com
mmiller@gustafsongluek.com

Michael L. Roberts
Erich P. Schork
Sarah E. Deloach
**ROBERTS LAW FIRM US, PC**
1920 McKinney Ave, Suite 700
Dallas, TX 75201
Telephone: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Direct Purchaser Plaintiffs Subgroup*

Heidi M. Silton (#025759x)
Jessica N. Servais (#0326744)
Joseph C. Bourne (#0389922)
Michael J.K.M. Kinane (#0504621)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com
mjkmkinane@locklaw.com

Kimberly A. Justice
**JUSTICE JAGHER LONDON & MILLEN LLC**
923 Fayette Street

Conshohocken, PA 19428
Telephone: 610/234-6335
kjustice@jjlmlaw.com

Matthew W. Ruan (#033909x)
Douglas A. Millen
Robert J. Wozniak, Jr.
Samantha M. Gupta
**JUSTICE JAGHER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
mruan@jjlmlaw.com
dmillen@jjlmlaw.com
rwozniak@jjlmlaw.com
sgupta@jjlmlaw.com

*Appointed Interim Plaintiffs' Steering Committee Member and Co-Lead Counsel for the Commercial Indirect Purchaser Plaintiffs Subgroup*

Stacey P. Slaughter (#0296971)
Caitlin E. Keiper (#0504799)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181
sslaughter@robinskaplan.com
ckeiper@robinskaplan.com

Ellen G. Jalkut
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
New York, NY 10019
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
EJalkut@RobinsKaplan.com

Peter A. Barile Iii

Vincent Briganti
Peter St. Phillip, Jr.
Sitso Bediako (#0389073)
Nicole A. Veno
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Fax: (914) 997-0035
pbarile@lowey.com
vbriganti@lowey.com
pstphillip@lowey.com
sbediako@lowey.com
nveno@lowey.com

Elizabeth A. Fegan
Jonathan Lindenfeld
Derrick Loving
**FEGAN SCOTT LLP**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Fax: (312) 264-0100
beth@feganscott.com
jonathan@feganscott.com
derrick@feganscott.com

*Appointed Interim Plaintiffs' Steering Committee Members and Co-Lead Counsel for the Consumer Indirect Purchaser Plaintiffs Subgroup*

Deborah E. Arbabi (*pro hac vice*)
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Phone: 949-798-1318
Fax: 949-263-8414
darbabi@crowell.com

William V. Reiss (*pro hac vice*)

Laura Song (*pro hac vice pending*)
**CROWELL & MORING LLP**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Phone: 212-803-4029
Fax: 212-223-4134
wreiss@crowell.com
lsong@crowell.com

*Counsel for Plaintiffs McLane Company, Inc. d/b/a McLane/Southwest, McLane/Southeast, McLane Southeast, McLane/Northwest, McLane/Southeast – Dothan, McLane/High Plains, and McLane/North Texas; McLane/Mid-Atlantic, Inc. d/b/a McLane Bluegrass; McLane/Midwest, Inc., d/b/a McLane/Cumberland, McLane/Midwest, McLane Midwest, and McLane/Ozark; McLane Minnesota, Inc.; McLane New Jersey, Inc.; McLane/Eastern, Inc. d/b/a McLane/Northeast, McLane/Northeast-Concord, and McLane Pa; McLane Suneast, Inc., d/b/a McLane/Pacific, McLane/Southern California, McLane/Sunwest, McLane Sunwest, McLane/Suneast, and McLane Ocala; McLane Ohio, Inc.; McLane/Southern, Inc.; McLane/Western, Inc.; Kinexo, Inc.; McLane Foodservice Distribution, Inc.; McLane Foodservice, Inc.; PepsiCo, Inc.; Pepsi-Cola Advertising and Marketing, Inc.; SVC Manufacturing, Inc.; Frito-Lay, Inc.; The Quaker Oats Company; Quaker Manufacturing, LLC; Bimbo Bakeries USA, Inc.; Bimbo Bakehouse LLC; Bimbo Bakehouse Inc.; BB Global Investing Holding, S.L.; and Grupo Bimbo, S.A.B. De C.V.; Rich Holdings Inc.; Rich Products Corporation; Hicksville d/b/a Hanan Products Company, Inc.; Great Kitchens Intermediate Holdings, Inc.; and*

*Great Kitchens Food Company, Inc.*

Brandon D. Fox (Bar No. 6272239)
Sati Harutyunyan (*pro hac vice application forthcoming*)
**JENNER & BLOCK LLP**
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
(213) 239-5100
bfox@jenner.com
sharutyunyan@jenner.com

Andrianna Kastanek (Bar No. 6286554)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
akastanek@jenner.com

Jariel A. Rendell (*pro hac vice application forthcoming)*
**JENNER & BLOCK LLP**
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
(202) 639-6000
jrendell@jenner.com

*Counsel for Plaintiffs Mondelēz Global LLC; Nestlé USA, Inc.; The Hershey Company; The J. M. Smucker Company; The Kraft Heinz Company; and WK Kellogg Co*

Linda P. Nussbaum
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Avenue
Garden City, NY 11530
Telephone.: (917) 438-9189
lnussbaum@nussbaumpc.com

Roberta D. Liebenberg

Gerard A. Dever
Jeffrey B. Gittleman
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
gdever@finekaplan.com
jgittleman@finekaplan.com

*Counsel for Plaintiffs*
*Krasdale Foods, Inc. and Wegmans Food Markets, Inc.*